# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Kimba M. | U.S. District Court, SDNY | 9/26/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination, Date<br>☐ Initial ✓ Annual ☐ Final<br>5b. ✓ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street<br>New York, NY 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | New York City Ballet, Inc. |
| 2. | Trustee | The Frank E. Richardson 2011 Insurance Trust Agreement (See Note 4 in Section VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016* | Morgan Stanley Pension Benefit |
| 2. 2016* | Sonic Corp - various Board & Committee Fees |
| 3. 2016* | Blackstone, Vestar, Harding Services and HighCape - Fee Income |
| 4. | |
| 5. *(various) | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Janet and Ben Cheever | Golf Club (gift to reporting person's spouse) | $450.00 |
| 2. | Janet and Ben Cheever | Earphones (gift to reporting person's spouse) (dollar value estimated) | $200.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Line of Credit | P1 |
| 2. | American Express | Credit Card | K |
| 3. | Citibank | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | EXXON CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 2. | MORGAN STANLEY BANK/CASH | A | Interest | K | T | | | | | |
| 3. | ALLERGAN CMN STK (NOTE 12 IN SECT VIII) | | None | J | T | Sold | 02/04/16 | J | A | |
| 4. | | | | | | Buy | 12/30/16 | J | | |
| 5. | ALPHABET INC COMMON STOCK | | None | J | T | | | | | |
| 6. | AMAZON COM INC COMMON STOCK | | None | J | T | Buy | 06/24/16 | J | | |
| 7. | | | | | | Buy (add'l) | 07/14/16 | J | | |
| 8. | AMER INTL GP INC COMMON STOCK | A | Dividend | | | Sold (part) | 07/19/16 | J | B | |
| 9. | | | | | | Sold | 07/26/16 | J | B | |
| 10. | AMGEN INC COMMON STOCK | A | Dividend | | | Buy (add'l) | 02/17/16 | J | | |
| 11. | | | | | | Sold | 03/15/16 | J | A | |
| 12. | APPLE INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. | AQR STYLE PREMIA ALT FUND | A | Dividend | J | T | Buy | 02/29/16 | J | | |
| 14. | | | | | | Buy (add'l) | 03/17/16 | J | | |
| 15. | | | | | | Buy (add'l) | 04/08/16 | J | | |
| 16. | | | | | | Sold (part) | 06/24/16 | J | | |
| 17. | ARES CAPITAL CORP FUND | A | Dividend | J | T | Buy | 07/05/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 19. AVENUE INCOME CREDIT FUND | A | Dividend | | | Sold (part) | 01/14/16 | J | | |
| 20. | | | | | Sold | 01/15/16 | J | | |
| 21. BOEING CO COMMON STOCK | A | Dividend | | | Buy (add'l) | 02/19/16 | J | | |
| 22. | | | | | Sold (part) | 05/13/16 | J | | |
| 23. | | | | | Sold | 06/01/16 | J | | |
| 24. BUCKEYE PARTNERS LP COMMON STOCK (SEE NOTE 1 IN SECT VIII) | A | Distribution | J | T | | | | | |
| 25. CATALENT INC COMMON STOCK (SEE NOTE 21 IN SECT VIII) | | None | | | Sold (part) | 02/19/16 | J | A | |
| 26. | | | | | Sold (part) | 03/15/16 | J | A | |
| 27. | | | | | Sold (part) | 03/16/16 | J | A | |
| 28. | | | | | Sold (part) | 03/17/16 | J | A | |
| 29. | | | | | Sold (part) | 03/21/16 | J | A | |
| 30. CIT GROUP INC COMMON STOCK | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 31. CROWN CASTLE INTL CORP COMMONS STOCK | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 32. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 33. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 34. ENTERPRISE PROD PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | None | J | T | Buy (add'l) | 03/04/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ENVESTNET INC COMMON STOCK | | None | | | Sold (part) | 01/11/16 | J | | |
| 36. | | | | | Sold | 01/20/16 | J | | |
| 37. FIDELITY ADV HEALTH CARE INST MUTUAL FUND | | None | | | Buy (add'l) | 01/08/16 | J | | |
| 38. | | | | | Buy (add'l) | 01/22/16 | J | | |
| 39. | | | | | Sold (part) | 03/09/16 | J | | |
| 40. | | | | | Sold | 03/15/16 | J | | |
| 41. FIRST TRUST DORSEY WRIGHT FO FUND | | None | | | Sold (part) | 01/20/16 | J | | |
| 42. | | | | | Sold | 02/05/16 | J | A | |
| 43. FIRST TRUST DW FOCUS 5 INTL FUND | | None | | | Sold (part) | 01/20/16 | J | | |
| 44. | | | | | Sold | 02/09/16 | J | | |
| 45. FRESHPET INC COMMON STOCK | | None | J | T | | | | | |
| 46. GEO GROUP INC COMMON STOCK | A | Dividend | | | Sold (part) | 07/06/16 | J | A | |
| 47. | | | | | Sold (part) | 07/07/16 | J | A | |
| 48. | | | | | Sold (part) | 07/08/16 | J | A | |
| 49. | | | | | Sold | 07/11/16 | J | A | |
| 50. GTT COMMUNICATIONS INC COMMON STOCK | | None | J | T | Buy | 07/08/16 | J | | |
| 51. | | | | | Buy (add'l) | 07/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 53. GULFPORT ENERGY CORP COMMON STOCK | | None | J | T | Buy | 12/16/16 | J | | |
| 54. HAIN CELESTIAL GROUP INC COMMON STOCK | | None | | | Buy | 08/16/16 | J | | |
| 55. | | | | | Sold | 09/20/16 | J | | |
| 56. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 57. QUINTILES IMS C/S (FKA IMS HEALTH HOLDINGS INC) COMMON STOCK | | None | | | Sold (part) | 03/09/16 | J | A | |
| 58. | | | | | Sold (part) | 03/17/16 | J | | |
| 59. | | | | | Sold (part) | 10/31/16 | J | A | |
| 60. | | | | | Sold | 11/01/16 | J | A | |
| 61. ISHARES MSCI USA MOMENTUM ETF | | None | | | Sold (part) | 02/05/16 | J | A | |
| 62. | | | | | Sold | 02/09/16 | J | A | |
| 63. ISHARES NASDAQ BIOTECH ETF | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 64. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 65. | | | | | Buy (add'l) | 07/07/16 | J | | |
| 66. ISHARES S&P MID CAP 400 GROWTH ETF | A | Dividend | J | T | | | | | |
| 67. ISHARES US OIL & GAS EXP PROD ETF | A | Dividend | J | T | Buy | 01/22/16 | J | | |
| 68. | | | | | Buy (add'l) | 01/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 01/28/16 | J | | |
| 70. JPMORGAN INTREPID EURO SEL MUTUAL FUND | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 71. | | | | | Sold (part) | 02/09/16 | J | | |
| 72. | | | | | Sold | 07/19/16 | J | | |
| 73. KAR AUCTION SVCS INC COMMON STOCK | A | Dividend | J | T | Sold (part) | 05/13/16 | J | B | |
| 74. | | | | | Sold (part) | 09/20/16 | J | A | |
| 75. MPLX LP CMN NOTE 1 IN SECT VIII) | | None | | | Sold | 02/17/16 | J | | |
| 76. | | | | | | | | | |
| 77. MATTHEWS CHINA DIVIDEND INV FUND | | None | | | Sold | 02/02/16 | J | | |
| 78. MATTRESS FIRM HOLDING COMMON STOCK | | None | | | Buy | 04/18/16 | J | | |
| 79. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 80. | | | | | Sold (part) | 08/08/16 | J | B | |
| 81. | | | | | Sold | 08/09/16 | J | A | |
| 82. MCKESSON CORP COMMON STOCK | | None | | | Buy | 02/26/16 | J | | |
| 83. | | | | | Sold | 03/17/16 | J | | |
| 84. NORTHERN TIER ENERGY LP COMMON STK (SEE NOTE 1 IN SECT VIII) | | None | | | Sold (part) | 01/06/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold | 01/07/16 | J | B | |
| 86. OCH-ZIFF CAPITAL LP CMN STK (SEE NOTE 1 IN SECT VIII) | | None | | | Buy (add'l) | 03/01/16 | J | | |
| 87. | | | | | Sold | 04/12/16 | J | | |
| 88. POWERSHARES ETF TR DYNA BUYBK | A | Dividend | | | Sold | 06/29/16 | J | | |
| 89. POWERSHARES INTL BUYBACK FUND | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 90. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 91. PROSHARES TR S&P 500 DV ARIST FUND | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 92. PRUDENTIAL FINANCIAL INC COMMON STOCK | | None | | | Sold | 02/09/16 | J | | |
| 93. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | K | T | | | | | |
| 94. SS&C TECHNOLOGIES HLDGS INC COMMON STOCK | A | Dividend | | | Sold | 07/06/16 | J | | |
| 95. TERRAFORM PWR INC COMMON STOCK (SEE NOTE 21 IN SECT VIII) | | None | | | Buy | 03/08/16 | J | | |
| 96. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 97. | | | | | Sold (part) | 03/16/16 | J | | |
| 98. | | | | | Sold (part) | 03/17/16 | J | | |
| 99. THERMO FISHER SCIENTIFIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 100. VANGUARD DIVIDEND APPRECIATION FUND | A | Dividend | K | T | | | | | |
| 101. VANGUARD INFO TECH ETF | A | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. VANGUARD MID-CAP ETF | A | Dividend | J | T | | | | | |
| 103. VANGUARD SMALL CAP ETF | A | Dividend | J | T | | | | | |
| 104. VIRTUS INSIGHT EMERGING MKTS MUTUAL FUND | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 105. VISA INC COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 02/19/16 | J | | |
| 106. WALT DISNEY CO HLDG CO COMMON STOCK | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 107. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 108. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 09/20/16 | J | | |
| 109. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 110. WISDOMTREE EUROPE HEDGED EQUITY FUND | | None | | | Sold | 01/13/16 | J | | |
| 111. WISDOMTREE EURO SM CAP DIV ETF | A | Dividend | J | T | Buy (add'l) | 01/13/16 | J | | |
| 112. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 113. WISDOMTREE SMALL CAP DIV FUND | A | Dividend | J | T | | | | | |
| 114. WISDOMTREE TRUST INDIA FUND | | None | | | Sold | 01/20/16 | J | | |
| 115. WISDOMTREE TRUST JAPAN HEDGE EQUITY FUND | | None | | | Sold | 02/10/16 | J | | |
| 116. YUM BRANDS INC COMMON STOCK | A | Dividend | J | T | Buy | 03/28/16 | J | | |
| 117. | | | | | Sold (part) | 11/28/16 | J | A | |
| 118. IRA ACCOUNT #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. IRA #1 - MSSB CASH/MM | A | Interest | K | T | | | | | |
| 120. IRA #1 - COMMON STOCKS (LINES 121-187) | | | | | | | | | |
| 121. ALLERGAN | | None | | | Sold | 02/04/16 | K | | |
| 122. ALPHABET INC | | None | L | T | Buy (add'l) | 01/08/16 | J | | |
| 123. AMAZON COM INC | | None | K | T | Buy | 06/24/16 | K | | |
| 124. AMER INTL GROUP INC | A | Dividend | | | Sold (part) | 07/19/16 | J | C | |
| 125. | | | | | Sold | 07/26/16 | K | D | |
| 126. AMGEN INC | A | Dividend | | | Sold (part) | 03/09/16 | J | B | |
| 127. | | | | | Sold | 03/15/16 | K | C | |
| 128. BOEING CO | A | Dividend | | | Buy | 02/17/16 | K | | |
| 129. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 130. | | | | | Sold (part) | 05/13/16 | J | A | |
| 131. | | | | | Sold | 06/01/16 | K | B | |
| 132. CATALENT INC | | None | | | Sold (part) | 02/17/16 | K | B | |
| 133. | | | | | Sold | 02/18/16 | K | | |
| 134. CHEVRON CORP | B | Dividend | K | T | | | | | |
| 135. CROWN CASTLE INTL CORP | B | Dividend | L | T | Buy | 02/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Buy (add'l) | 07/29/16 | K | | |
| 137. | | | | | Buy (add'l) | 09/02/16 | K | | |
| 138. | | | | | Buy (add'l) | 10/05/16 | J | | |
| 139. | | | | | Buy (add'l) | 11/02/16 | K | | |
| 140. | | | | | Sold (part) | 12/06/16 | J | A | |
| 141. DANAHER CORPORATION | A | Dividend | K | T | | | | | |
| 142. FORTIVE CORP | | None | | | Spinoff (from line 141) | 07/05/16 | J | | |
| 143. | | | | | Sold | 07/06/16 | J | C | |
| 144. FRESHPET INC | | None | K | T | Buy (add'l) | 01/04/16 | J | | |
| 145. GEO GROUP INC | B | Dividend | | | Buy (add'l) | 02/23/16 | J | | |
| 146. | | | | | Sold (part) | 04/07/16 | K | B | |
| 147. | | | | | Sold | 07/12/16 | K | D | |
| 148. GTT COMMUNICATIONS INC | | None | K | T | Buy | 09/01/16 | J | | |
| 149. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 150. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 151. HAIN CELESTIAL GROUP INC | | None | | | Buy | 08/16/16 | K | | |
| 152. | | | | | Sold | 09/20/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  HONEYWELL INTERNATIONAL INC | B | Dividend | L | T | | | | | |
| 154.  QUINTILES IMS HOLDINGS (FKA IMS HEALTH HLDGS INC) | | None | | | Sold (part) | 01/14/16 | K | | |
| 155. | | | | | Sold (part) | 03/15/16 | J | | |
| 156. | | | | | Sold (part) | 03/16/16 | J | | |
| 157. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 158. | | | | | Sold (part) | 10/31/16 | J | A | |
| 159. | | | | | Sold | 11/01/16 | K | A | |
| 160.  KAR AUCTION SERVICES INC | B | Dividend | K | T | Sold (part) | 09/20/16 | J | B | |
| 161.  MATTRESS FIRM HOLDING | | None | | | Buy | 04/18/16 | J | | |
| 162. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 163. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 164. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 165. | | | | | Sold (part) | 08/08/16 | K | D | |
| 166. | | | | | Sold | 08/09/16 | J | C | |
| 167.  MEDTRONIC PLC | A | Dividend | K | T | | | | | |
| 168.  NATIONAL STORAGE AFFILIATES | | None | | | Sold | 02/19/16 | K | D | |
| 169.  OCH-ZIFF CAPITAL MGMT (NOTE 1 IN SECT VIII) | | None | | | Sold | 04/12/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. PRUDENTIAL FINANCIAL | | None | | | Sold (part) | 02/03/16 | J | | |
| 171. | | | | | Sold | 02/09/16 | K | | |
| 172. STARWOOD PROPERTY TRUST INC | C | Dividend | K | T | Buy (add'l) | 03/18/16 | K | | |
| 173. | | | | | Sold (part) | 06/24/16 | K | | |
| 174. TERRAFORM PWR INC | | None | | | Buy | 03/08/16 | J | | |
| 175. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 176. | | | | | Sold (part) | 03/16/16 | K | | |
| 177. | | | | | Sold (part) | 03/17/16 | J | | |
| 178. | | | | | Sold | 03/18/16 | J | | |
| 179. THERMO FISHER SCIENTIFIC | A | Dividend | K | T | Buy | 01/12/16 | K | | |
| 180. | | | | | Buy (add'l) | 01/22/16 | J | | |
| 181. VISA INC | A | Dividend | K | T | Buy (add'l) | 12/05/16 | J | | |
| 182. WALT DISNEY CO HLDG CO | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 183. | | | | | Buy (add'l) | 04/20/16 | K | | |
| 184. WELLS FARGO & CO | B | Dividend | L | T | Buy (add'l) | 09/30/16 | J | | |
| 185. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 186. YUM BRANDS INC | A | Dividend | K | T | Buy | 03/28/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold (part) | 11/28/16 | J | B | |
| 188. IRA #1 - ETF AND CLOSED END FUNDS (LINES 189-229) | | | | | | | | | |
| 189. ARES CAPITAL CORP | C | Dividend | L | T | Buy | 06/03/16 | K | | |
| 190. | | | | | Buy (add'l) | 06/14/16 | K | | |
| 191. | | | | | Buy (add'l) | 11/02/16 | K | | |
| 192. AVENUE INCOME CREDIT FUND | C | Dividend | K | T | | | | | |
| 193. BLACKROCK CORP HIGH YLD FD INC | C | Dividend | K | T | Sold (part) | 06/03/16 | K | A | |
| 194. FIRST TRUST DORSEY WRIGHT FUND | | None | | | Sold (part) | 01/20/16 | K | | |
| 195. | | | | | Sold | 02/05/16 | K | | |
| 196. FIRST TRUST SENIOR LOAN FUND | A | Dividend | K | T | Buy | 08/08/16 | K | | |
| 197. | | | | | Buy (add'l) | 08/09/16 | K | | |
| 198. ISHARES MSCI EAFE GROWTH ETF | A | Dividend | K | T | Sold (part) | 01/20/16 | K | | |
| 199. ISHARES MSCI USA MOMENTUM FUND | | None | | | Sold (part) | 02/05/16 | K | A | |
| 200. | | | | | Sold | 02/09/16 | K | A | |
| 201. ISHARES NASDAQ BIOTECH ETF | A | Dividend | K | T | Buy | 06/28/16 | K | | |
| 202. | | | | | Buy (add'l) | 06/29/16 | K | | |
| 203. ISHARES US OIL & GAS EXP PROD | A | Dividend | L | T | Buy | 01/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Buy (add'l) | 01/25/16 | K | | |
| 205. | | | | | Buy (add'l) | 01/28/16 | K | | |
| 206. PENNANTPARK FLTG RT CAP LTD | C | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | |
| 207. PENNANTPARK INVESTMENT CORP | C | Dividend | K | T | Buy (add'l) | 11/23/16 | J | | |
| 208. POWERSHARES INTL BUYBACK | B | Dividend | K | T | Buy | 06/06/16 | K | | |
| 209. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 210. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 211. POWERSHARES ETF TR DYNA BUYBACK | A | Dividend | | | Sold | 04/01/16 | L | D | |
| 212. PROSHARES TR S&P 500 DV ARIST FUND | B | Dividend | L | T | Buy (add'l) | 04/01/16 | L | | |
| 213. SOLAR SENIOR CAPITAL LTD FUND | A | Dividend | | | Sold (part) | 07/12/16 | J | A | |
| 214. | | | | | Sold (part) | 07/13/16 | J | A | |
| 215. | | | | | Sold | 07/14/16 | J | A | |
| 216. SOLAR CAPITAL LTD FUND | C | Dividend | K | T | | | | | |
| 217. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | L | T | Sold (part) | 04/07/16 | K | C | |
| 218. TORTOISE ENERGY INFRA FUND | | None | | | Sold | 02/17/16 | K | | |
| 219. VANGUARD INFO TECH ETF | A | Dividend | L | T | Buy (add'l) | 01/14/16 | J | | |
| 220. VANGUARD MIDCAP ETF | A | Dividend | K | T | Sold (part) | 04/07/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. VANGUARD SMALL CAP ETF | A | Dividend | L | T | | | | | |
| 222. WISDOMTREE CBOE S&P 500 ETF | | None | L | T | Buy | 12/06/16 | L | | |
| 223. WISDOMTREE EUROPE HEDGED EQUITY | | None | | | Sold | 01/14/16 | K | | |
| 224. WISDOMTREE EURO SM CAP DIV ETF | B | Dividend | L | T | Buy | 01/14/16 | K | | |
| 225. | | | | | Buy (add'l) | 06/29/16 | K | | |
| 226. WISDOMTREE MID CAP DIV | B | Dividend | L | T | Buy | 04/07/16 | L | | |
| 227. WISDOMTREE SMALL CAP DIV FUND | B | Dividend | K | T | | | | | |
| 228. WISDOMTREE TRUST JAPAN HEDGE EQUITY FUND | | None | | | Sold | 02/10/16 | K | | |
| 229. WISDOMTREE TRUST MDCP EARN FUND | A | Dividend | K | T | | | | | |
| 230. IRA #1 - MUTUAL FUND(S) (LINES 231-250) | | | | | | | | | |
| 231. AQR LONG-SHORT EQUITY | B | Dividend | L | T | Buy | 03/22/16 | K | | |
| 232. | | | | | Buy (add'l) | 09/01/16 | K | | |
| 233. AQR MANAGED FUTURES STRATEGY | A | Dividend | K | T | Buy | 08/08/16 | K | | |
| 234. AQR STYLE PREMIA ALTERNATIVE | A | Dividend | K | T | Buy | 02/08/16 | K | | |
| 235. | | | | | Buy (add'l) | 02/29/16 | K | | |
| 236. | | | | | Buy (add'l) | 03/17/16 | K | | |
| 237. | | | | | Sold (part) | 06/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 85

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/26/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Sold (part) | 06/29/16 | K | | |
| 239. | | | | | Sold (part) | 12/06/16 | J | | |
| 240. FIDELITY ADV HEALTH CARE INST MUTUAL FUND | | None | | | Buy (add'l) | 01/08/16 | K | | |
| 241. | | | | | Sold | 03/15/16 | K | | |
| 242. GOTHAM ENHANCED RETURN INSTL | | None | | | Sold | 01/13/16 | K | | |
| 243. GOTHAM NEUTRAL FUND | | None | | | Sold | 01/13/16 | K | | |
| 244. JPMORGAN INTREPID EURO SEL MUTUAL FUND | | None | | | Buy (add'l) | 01/08/16 | J | | |
| 245. | | | | | Buy (add'l) | 01/14/16 | K | | |
| 246. | | | | | Sold (part) | 02/09/16 | K | | |
| 247. | | | | | Sold | 07/19/16 | K | | |
| 248. LOCORR MARKET TREND FUND | | None | | | Sold | 11/23/16 | K | | |
| 249. MATTHEWS CHINA DIVIDEND INV | | None | | | Sold | 02/02/16 | K | | |
| 250. VIRTUS INSIGHT EMERG MKTS | A | Dividend | K | T | Buy (add'l) | 01/08/16 | J | | |
| 251. BIF TAX-EXEMPT FUND/CASH | A | Dividend | | | Closed | 07/08/16 | M | | |
| 252. BIF MONEY FUND/CASH | A | Dividend | K | T | Open | 07/08/16 | M | | |
| 253. ADDITIONAL COMMON STOCKS AND FUNDS (NON-IRA)(LINES 254-433) | | | | | | | | | |
| 254. ABBVIE COMMON STOCK | D | Dividend | N | T | Buy | 01/25/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. CHUBB (FKA AS ACE LTD) COMMON STOCK | D | Dividend | N | T | | | | | |
| 256. ALLERGAN COMMON STOCK | | None | | | Buy | 03/18/16 | M | | |
| 257. | | | | | Sold | 03/31/16 | M | | |
| 258. AMAZON.COM COMMON STOCK | | None | N | T | Buy | 05/16/16 | N | | |
| 259. | | | | | Buy (add'l) | 07/22/16 | M | | |
| 260. AMGEN COMMON STOCK | E | Dividend | O | T | | | | | |
| 261. APPLE INC COMMON STOCK | C | Dividend | M | T | | | | | |
| 262. APPLIED MATERIALS COMMON STOCK | B | Dividend | M | T | Buy (add'l) | 03/10/16 | J | | |
| 263. AT&T COMMON STOCK | A | Dividend | L | T | Buy | 08/04/16 | L | | |
| 264. AUTOZONE COMMON STOCK | | None | N | T | Buy | 07/14/16 | N | | |
| 265. FLY LEASING COMMON STOCK | | None | | | Sold | 01/14/16 | J | A | |
| 266. BERKSHIRE HATHAWAY COMMON STOCK | | None | O | T | | | | | |
| 267. BLACKROCK INC COMMON STOCK | E | Dividend | P1 | T | | | | | |
| 268. BOEING COMMON STOCK | D | Dividend | | | Sold (part) | 08/04/16 | M | | |
| 269. | | | | | Sold | 10/27/16 | M | F | |
| 270. CABOT OIL & GAS COMMON STOCK | A | Dividend | M | T | | | | | |
| 271. CDK GLOBAL INC COMMON STOCK | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 272. CME GROUP COMMON STOCK | D | Dividend | M | T | | | | | |
| 273. COGNIZANT TECH SOLUTIONS COMMON STOCK | | None | N | T | | | | | |
| 274. COMCAST COMMON STOCK | B | Dividend | M | T | | | | | |
| 275. CONOCOPHILLIPS COMMON STOCK | | None | | | Sold | 01/26/16 | L | | |
| 276. CONS DISCRET SEL SECT SPDR FUND | A | Dividend | K | T | Buy (add'l) | 07/06/16 | J | | |
| 277. | | | | | Sold (part) | 07/06/16 | J | A | |
| 278. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 279. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 280. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 281. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 282. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 283. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 284. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 285. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 286. CROWN CASTLE COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 08/04/16 | J | | |
| 287. ELI LILLY COMMON STOCK | B | Dividend | | | Sold | 06/16/16 | M | | |
| 288. ENERGY SEL SECT SPDR FUND (SEE NOTE 12 IN SECT VIII) | A | Dividend | J | T | Sold | 02/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Buy | 07/06/16 | J | | |
| 290. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 291. FINANCIAL SEL SCT SPDR FUND | A | Dividend | | | Buy (add'l) | 07/06/16 | J | | |
| 292. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 293. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 294. | | | | | Sold | 10/24/16 | K | A | |
| 295. FIRST TRUST CONSUMER STAPLES ETF | A | Dividend | | | Buy (add'l) | 07/06/16 | J | | |
| 296. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 297. | | | | | Sold | 10/24/16 | J | | |
| 298. FIRST TRUST DORSEY WRIGHT FUND | | None | | | Sold | 02/05/16 | J | | |
| 299. FIRST TRUST INDS/PRODS ETF | A | Dividend | | | Buy (add'l) | 07/06/16 | J | | |
| 300. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 301. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 302. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 303. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 304. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 305. | | | | | Buy (add'l) | 08/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Sold | 10/24/16 | K | A | |
| 307. GENERAL MOTORS COMMON STOCK | D | Dividend | M | T | | | | | |
| 308. GUGGENHEIM S&P 500 EQUITY WEIGHT FUND | A | Dividend | L | T | Buy (add'l) | 07/06/16 | J | | |
| 309. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 310. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 311. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 312. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 313. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 314. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 315. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 316. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 317. HEALTH CARE SEL SECT SPDR FUND | A | Dividend | | | Buy (add'l) | 03/22/16 | J | | |
| 318. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 319. | | | | | Sold (part) | 07/06/16 | J | A | |
| 320. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 321. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 322. | | | | | Buy (add'l) | 07/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 324. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 325. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 326. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 327. | | | | | Sold | 10/24/16 | K | | |
| 328. HOME DEPOT COMMON STOCK | C | Dividend | M | T | | | | | |
| 329. INTERNATIONAL PAPER CO COMMON STOCK | | None | | | Sold | 01/14/16 | L | E | |
| 330. INVESCO COMMON STOCK | B | Dividend | | | Sold | 07/13/16 | L | | |
| 331. ISHARES EDGE MSCI MIN VOL USA ETF | A | Dividend | K | T | Buy | 10/24/16 | K | | |
| 332. ISHARES MSCI EAFE SM CAP ETF | A | Dividend | K | T | Buy (add'l) | 07/06/16 | J | | |
| 333. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 334. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 335. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 336. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 337. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 338. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 339. | | | | | Buy (add'l) | 08/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 341. ISHARES MSCI EAFE GROWTH ETF | A | Dividend | K | T | Buy (add'l) | 07/06/16 | J | | |
| 342. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 343. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 344. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 345. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 346. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 347. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 348. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 349. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 350. ISHARES MSCI USA MOMENTUM ETF | | None | | | Sold (part) | 02/05/16 | J | A | |
| 351. | | | | | Sold | 02/09/16 | J | A | |
| 352. ISHARES NASDAQ BIOTECH ETF | A | Dividend | K | T | Buy | 07/06/16 | J | | |
| 353. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 354. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 355. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 356. | | | | | Buy (add'l) | 08/26/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. ISHARES S&P 500 VAL ETF | A | Dividend | L | T | Buy | 02/17/16 | J | | |
| 358. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 359. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 360. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 361. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 362. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 363. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 364. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 365. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 366. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 367. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 368. ISHARES US TECHNOLOGY ETF | A | Dividend | K | T | Sold (part) | 02/29/16 | J | A | |
| 369. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 370. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 371. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 372. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 373. | | | | | Buy (add'l) | 08/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 375. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 376. JOHNSON & JOHNSON COMMON STOCK | E | Dividend | P1 | T | | | | | |
| 377. JPMORGAN CHASE COMMON STOCK | C | Dividend | M | T | | | | | |
| 378. JPMORGAN INTREPID EURO SEL MUTUAL FUND | | None | | | Buy (add'l) | 07/06/16 | J | | |
| 379. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 380. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 381. | | | | | Sold (part) | 07/19/16 | K | | |
| 382. | | | | | Sold | 07/20/16 | J | | |
| 383. LAS VEGAS SANDS COMMON STOCK | | None | | | Sold | 01/26/16 | L | | |
| 384. MATERIALS SEL SECT SPDR FUND | A | Dividend | | | Sold | 07/06/16 | J | A | |
| 385. MEDTRONIC PLC COMMON STOCK | C | Dividend | M | T | Sold (part) | 01/26/16 | K | B | |
| 386. | | | | | Sold (part) | 06/01/16 | K | C | |
| 387. MICROSOFT COMMON STOCK | D | Dividend | N | T | Buy (add'l) | 12/19/16 | L | | |
| 388. NOVO-NORDISK COMMON STOCK | D | Dividend | | | Buy (add'l) | 08/11/16 | L | | |
| 389. | | | | | Sold | 11/22/16 | N | | |
| 390. OAKTREE CAPITAL GROUP COMMON STOCK (NOTE 1 IN SEC VIII) | E | Distribution | | | Sold | 12/29/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. OCCIDENTAL PETE CORP COMMON STOCK | D | Dividend | | | Sold | 06/16/16 | M | E | |
| 392. ORACLE CORP COMMON STOCK | B | Dividend | | | Sold | 12/29/16 | L | E | |
| 393. PACKAGING CORP COMMON STOCK | D | Dividend | | | Donated | | | | |
| 394. PEPSICO COMMON STOCK | C | Dividend | M | T | | | | | |
| 395. PFIZER INC COMMON STOCK (SEE NOTE 12 IN SECT VIII) | C | Dividend | M | T | Sold | 04/28/16 | M | F | |
| 396. | | | | | Buy | 07/13/16 | L | | |
| 397. | | | | | Buy (add'l) | 08/04/16 | K | | |
| 398. PIONEER NATURAL RESOURCES COMMON STOCK | A | Dividend | N | T | | | | | |
| 399. POWERSHARES ETF TR DYNA BUYBK | A | Dividend | | | Sold | 06/29/16 | J | | |
| 400. POWERSHARES INTL BUYBACK | A | Dividend | K | T | Buy | 04/01/16 | J | | |
| 401. | | | | | Buy (add'l) | 04/05/16 | J | | |
| 402. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 403. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 404. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 405. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 406. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 407. | | | | | Buy (add'l) | 08/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 409. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 410. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 411. POWERSHARES S&P 500 LOW VOLA ETF | A | Dividend | L | T | Buy (add'l) | 07/06/16 | J | | |
| 412. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 413. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 414. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 415. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 416. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 417. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 418. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 419. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 420. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 421. PROSHARES TR S&P 500 DV ARIST FUND | B | Dividend | L | T | Buy (add'l) | 07/06/16 | K | | |
| 422. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 423. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 424. | | | | | Buy (add'l) | 07/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 426. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 427. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 428. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 429. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 430. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 431. QUALCOMM COMMON STOCK | B | Dividend | | | Sold | 07/19/16 | M | | |
| 432. RAYTHEON COMMON STOCK | A | Dividend | M | T | Buy | 07/19/16 | L | | |
| 433. | | | | | Buy (add'l) | 08/04/16 | K | | |
| 434. IRA ACCOUNT #2 (LINES 435-564) | | | | | | | | | |
| 435. ALLERGAN COMMON STOCK | | None | | | Sold | 02/04/16 | J | | |
| 436. ALPHABET INC COMMON STOCK | | None | K | T | Buy (add'l) | 01/08/16 | J | | |
| 437. AMAZON COM INC COMMON STOCK | | None | J | T | Buy | 06/24/16 | J | | |
| 438. AMERICAN INTERNATIONAL GROUP COMMON STOCK | A | Dividend | | | Sold (part) | 07/19/16 | J | B | |
| 439. | | | | | Sold | 07/26/16 | J | B | |
| 440. AMGEN INC COMMON STOCK | A | Dividend | | | Sold (part) | 03/09/16 | J | A | |
| 441. | | | | | Sold | 03/15/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 85

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/26/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. AQR LONG-SHORT EQ INST MUTUAL FUND | A | Dividend | K | T | Buy | 03/22/16 | J | | |
| 443. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 444. | | | | | Sold (part) | 06/29/16 | J | | |
| 445. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 446. AQR MANAGED FUTURES STRATEGY MUTUAL FUND | A | Dividend | J | T | Buy | 08/08/16 | J | | |
| 447. AQR STYLE PREMIA ALTERNATIVE MUTUAL FUND | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 448. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 449. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 450. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 451. | | | | | Sold (part) | 06/24/16 | J | | |
| 452. | | | | | Sold (part) | 06/29/16 | J | | |
| 453. | | | | | Sold (part) | 12/06/16 | J | | |
| 454. ARES CAPITAL CORP FUND | B | Dividend | K | T | Buy | 06/03/16 | J | | |
| 455. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 456. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 457. AVENUE INCOME CREDIT FUND | A | Dividend | J | T | Buy (add'l) | 07/13/16 | J | | |
| 458. BLACKROCK CORP HIGH YLD FD INC | B | Dividend | J | T | Sold (part) | 06/03/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 85

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/26/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. BOEING CO COMMON STOCK | A | Dividend | | | Buy | 02/17/16 | J | | |
| 460. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 461. | | | | | Sold (part) | 05/13/16 | J | A | |
| 462. | | | | | Sold | 06/01/16 | J | A | |
| 463. CATALENT INC COMMON STOCK | | None | | | Sold (part) | 02/17/16 | J | A | |
| 464. | | | | | Sold | 02/18/16 | J | | |
| 465. CHEVRON CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 466. CROWN CASTLE INTL CORP COMMON STOCK | A | Dividend | K | T | Buy | 02/08/16 | J | | |
| 467. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 468. | | | | | Buy (add'l) | 09/02/16 | J | | |
| 469. | | | | | Buy (add'l) | 10/05/16 | J | | |
| 470. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 471. | | | | | Sold (part) | 12/06/16 | J | A | |
| 472. DANAHER CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 473. FIDELITY ADV HEALTH CARE INST MUTUAL FUND | | None | | | Buy (add'l) | 01/08/16 | J | | |
| 474. | | | | | Sold | 03/15/16 | J | | |
| 475. FIRST TRUST DORSEY WRIGHT FUND | | None | | | Sold (part) | 01/20/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 85

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/26/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476. | | | | | Sold | 02/05/16 | J | | |
| 477. FIRST TRUST SENIOR LOAN FUND | A | Dividend | J | T | Buy | 08/08/16 | J | | |
| 478. | | | | | Buy (add'l) | 08/09/16 | J | | |
| 479. FORTIVE CORP COMMON STOCK | | None | | | Spinoff (from line 472) | 07/05/16 | J | | |
| 480. | | | | | Sold | 07/06/16 | J | B | |
| 481. FRESHPET INC COMMON STOCK | | None | J | T | Buy (add'l) | 01/04/16 | J | | |
| 482. GEO GROUP INC COMMON STOCK | A | Dividend | | | Buy (add'l) | 02/23/16 | J | | |
| 483. | | | | | Sold (part) | 04/07/16 | J | A | |
| 484. | | | | | Sold | 07/12/16 | J | B | |
| 485. GOTHAM ENHANCED RETURN INSTL FUND | | None | | | Sold | 01/13/16 | J | | |
| 486. GOTHAM NEUTRAL FUND | | None | | | Sold | 01/13/16 | J | | |
| 487. GTT COMMUNICATIONS INC COMMON STOCK | | None | J | T | Buy | 09/01/16 | J | | |
| 488. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 489. HAIN CELESTIAL GROUP INC COMMON STOCK | | None | | | Buy | 08/16/16 | J | | |
| 490. | | | | | Sold | 09/20/16 | J | | |
| 491. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 492. QUINTILES IMS HOLDINGS (FKA IMS HEALTH HLDGS) COMMON STOCK | | None | | | Sold (part) | 01/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 33 of 85

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/26/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493. | | | | | Sold (part) | 03/16/16 | J | | |
| 494. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 495. | | | | | Sold (part) | 10/31/16 | J | A | |
| 496. | | | | | Sold | 11/01/16 | J | A | |
| 497. ISHARES MSCI GROWTH ETF | A | Dividend | J | T | Sold (part) | 01/20/16 | J | A | |
| 498. ISHARES MSCI USA MOMENTUM FUND | | None | | | Sold (part) | 02/05/16 | J | A | |
| 499. | | | | | Sold | 02/09/16 | J | A | |
| 500. ISHARES NASDAQ BIOTECH ETF | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 501. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 502. ISHARES US OIL & GAS EXP PROD ETF | A | Dividend | K | T | Buy | 01/22/16 | J | | |
| 503. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 504. | | | | | Buy (add'l) | 01/28/16 | J | | |
| 505. JP MORGAN INTREPID EURO SEL MUTUAL FUND | | None | | | Buy (add'l) | 01/14/16 | J | | |
| 506. | | | | | Sold (part) | 02/09/16 | J | | |
| 507. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 508. | | | | | Sold | 07/19/16 | J | | |
| 509. KAR AUCTION SVCS INC COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 85

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/26/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 510. LOCORR MARKET TREND MUTUAL FUND | | None | | | Sold | 11/23/16 | J | | |
| 511. MATTHEWS CHINA DIVIDEND INV MUTUAL FUND | | None | | | Sold | 02/02/16 | J | | |
| 512. MATTRESS FIRM HOLDING COMMON STOCK | | None | | | Buy | 04/18/16 | J | | |
| 513. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 514. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 515. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 516. | | | | | Sold (part) | 08/08/16 | J | C | |
| 517. | | | | | Sold | 08/09/16 | J | B | |
| 518. MEDTRONIC PLC COMMON STOCK | A | Dividend | J | T | | | | | |
| 519. NATIONAL STORAGE AFFILIATES COMMON STOCK | | None | | | Sold | 02/19/16 | J | B | |
| 520. OCH-ZIFF CAPITAL MANAGEMENT CMN (NOTE 1 IN SECT VIII) | | None | | | Sold | 04/12/16 | J | | |
| 521. PENNANTPARK FLTG RT CAP LTD FUND | B | Dividend | J | T | Buy (add'l) | 01/29/16 | J | | |
| 522. PENNANTPARK INVESTMENT CORP FUND | B | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | |
| 523. POWERSHRES ETF TR DYNA BUYBK FUND | A | Dividend | | | Sold | 04/01/16 | K | C | |
| 524. POWERSHARES INTL BUYBACK FUND | A | Dividend | J | T | Buy | 06/06/16 | J | | |
| 525. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 526. | | | | | Buy (add'l) | 06/09/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 85

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/26/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527. PROSHARES TR S&P 500 DV ARIST FUND | A | Dividend | K | T | Buy (add'l) | 04/01/16 | K | | |
| 528. PRUDENTIAL FINANCIAL INC COMMON STOCK | | None | | | Sold (part) | 02/03/16 | J | | |
| 529. | | | | | Sold | 02/09/16 | J | | |
| 530. SOLAR SENIOR CAPITAL LTD FUND | A | Dividend | | | Sold (part) | 07/12/16 | J | A | |
| 531. | | | | | Sold (part) | 07/13/16 | J | A | |
| 532. | | | | | Sold | 07/14/16 | J | A | |
| 533. SOLAR CAPITAL LTD FUND | A | Dividend | J | T | | | | | |
| 534. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | K | T | Sold (part) | 04/07/16 | J | B | |
| 535. STARWOOD PROPERTY TRUST CMN STOCK | B | Dividend | J | T | Buy (add'l) | 03/18/16 | J | | |
| 536. | | | | | Sold (part) | 06/24/16 | J | | |
| 537. TERRAFORM PWR INC COMMON STOCK (SEE NOTE 21 IN SECT VIII) | | None | | | Buy | 03/08/16 | J | | |
| 538. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 539. | | | | | Sold (part) | 03/16/16 | J | | |
| 540. | | | | | Sold (part) | 03/17/16 | J | | |
| 541. THERMO FISHER SCIENTIFIC COMMON STOCK | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 542. | | | | | Buy (add'l) | 01/22/16 | J | | |
| 543. TORTOISE ENERGY INFRA FUND | | None | | | Sold | 02/17/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 85

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/26/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 544.  VANGUARD INFO TECH ETF | A | Dividend | K | T | Buy (add'l) | 01/14/16 | J | | |
| 545.  VANGUARD MID-CAP ETF | A | Dividend | J | T | Sold (part) | 04/07/16 | J | A | |
| 546.  VANGUARD SMALL CAP ETF | A | Dividend | K | T | | | | | |
| 547.  VIRTUS INSIGHT EMERGING MKTS MUTUAL FUND | A | Dividend | J | T | | | | | |
| 548.  VISA INC COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 12/05/16 | J | | |
| 549.  WALT DISNEY CO HLDG CO COMMON STOCK | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 550. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 551.  WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 07/13/16 | J | | |
| 552. | | | | | Buy (add'l) | 08/09/16 | J | | |
| 553. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 554. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 555.  WISDOMTREE CBOE S&P 500 ETF | | None | K | T | Buy | 12/06/16 | K | | |
| 556.  WISDOMTREE EUROPE HEDGED EQUITY FUND | | None | | | Sold | 01/14/16 | J | | |
| 557.  WISDOMTREE EURO SM CAP DIV ETF | A | Dividend | K | T | Buy | 01/14/16 | J | | |
| 558. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 559.  WISDOMTREE SMALL CAP DIV FUND | A | Dividend | J | T | | | | | |
| 560.  WISDOMTREE TRUST JAPAN HEDGE EQUITY FUND | | None | | | Sold | 02/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Wood, Kimba M.**

Date of Report

9/26/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 561. WISDOMTREE MID CAP DIV | A | Dividend | K | T | Buy | 04/07/16 | K | | |
| 562. WISDOMTREE TRUST MIDCAP EARN FUND | A | Dividend | J | T | | | | | |
| 563. YUM BRANDS INC COMMON STOCK | A | Dividend | J | T | Buy | 03/28/16 | J | | |
| 564. | | | | | Sold (part) | 11/28/16 | J | A | |
| 565. ADDITIONAL COMMON STOCKS/ FUNDS (NON-IRA) (LINES 566-687) | | | | | | | | | |
| 566. SCHLUMBERGER COMMON STOCK | B | Dividend | M | T | Buy | 01/26/16 | L | | |
| 567. | | | | | Buy (add'l) | 06/01/16 | K | | |
| 568. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 569. SELECT SECTOR SPDR TD ETF | | None | | | Buy | 09/12/16 | J | | |
| 570. | | | | | Spinoff (from line 291) | 09/16/16 | J | | |
| 571. | | | | | Sold | 10/24/16 | J | A | |
| 572. SEMPRA ENERGY COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 07/13/16 | J | | |
| 573. SPDR S&P MIDCP 400 ETF TRUST | A | Dividend | L | T | Buy (add'l) | 07/06/16 | K | | |
| 574. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 575. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 576. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 577. | | | | | Buy (add'l) | 08/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 578. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 579. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 580. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 581. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 582. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 583. SONIC CORP COMMON STOCK | G | Dividend | P3 | T | Buy (add'l) | 01/14/16 | M | | |
| 584. | | | | | Sold (part) | 01/14/16 | M | G | |
| 585. | | | | | Sold (part) | 01/15/16 | M | F | |
| 586. | | | | | Buy (add'l) | 01/21/16 | M | | |
| 587. | | | | | Sold (part) | 01/21/16 | M | F | |
| 588. | | | | | Sold (part) | 01/22/16 | M | F | |
| 589. | | | | | Sold (part) | 04/15/16 | O | G | |
| 590. | | | | | Sold (part) | 04/18/16 | P1 | H1 | |
| 591. | | | | | Sold (part) | 04/19/16 | K | E | |
| 592. | | | | | Sold (part) | 04/20/16 | M | G | |
| 593. | | | | | Sold (part) | 04/25/16 | P1 | H1 | |
| 594. STARBUCKS COMMON STOCK | B | Dividend | M | T | Buy | 04/22/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. | | | | | Buy (add'l) | 07/22/16 | M | | |
| 596. TEXTRON COMMON STOCK | A | Dividend | | | Sold | 01/25/16 | M | D | |
| 597. UNITED CONTINENTAL COMMON STOCK | | None | | | Sold | 05/02/16 | M | D | |
| 598. UNITED HEALTH GROUP COMMON STOCK | B | Dividend | M | T | Buy | 01/26/16 | M | | |
| 599. UNUM GROUP COMMON STOCK | | None | | | Sold | 01/25/16 | M | F | |
| 600. UTILITIES SEL SECT SPDR FUND | A | Dividend | | | Buy (add'l) | 02/29/16 | J | | |
| 601. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 602. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 603. | | | | | Sold | 10/24/16 | J | | |
| 604. VANGUARD FTSE EMERGING MARKETS FUND | A | Dividend | K | T | Buy | 08/15/16 | K | | |
| 605. VANGUARD INDEX FUNDS S&P 500 ETF | B | Dividend | M | T | Buy (add'l) | 07/06/16 | K | | |
| 606. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 607. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 608. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 609. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 610. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 611. | | | | | Buy (add'l) | 08/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 612. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 613. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 614. | | | | | Buy (add'l) | 10/27/16 | K | | |
| 615. VANGUARD SMALL CAP ETF | B | Dividend | M | T | Buy (add'l) | 01/08/16 | J | | |
| 616. | | | | | Buy (add'l) | 07/06/16 | K | | |
| 617. | | | | | Buy (add'l) | 07/12/16 | K | | |
| 618. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 619. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 620. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 621. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 622. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 623. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 624. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 625. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 626. VANGUARD TELE SVCS ETF INDEX | A | Dividend | | | Buy | 07/06/16 | J | | |
| 627. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 628. | | | | | Sold | 10/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 629. VIRTUS INSIGHT EMERG MKTS MUTUTAL FUND | A | Dividend | L | T | Buy (add'l) | 07/06/16 | J | | |
| 630. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 631. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 632. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 633. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 634. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 635. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 636. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 637. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 638. WALGREEN COMMON STOCK | E | Dividend | P1 | T | | | | | |
| 639. WISDOMTREE EUROPE HEDGED EQUITY FUND | A | Dividend | K | T | Sold (part) | 01/13/16 | J | | |
| 640. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 641. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 642. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 643. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 644. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 645. | | | | | Buy (add'l) | 08/08/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 646. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 647. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 648. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 649. WISDOMTREE EURO SM CAP DIV FUND | A | Dividend | K | T | Buy (add'l) | 07/06/16 | J | | |
| 650. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 651. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 652. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 653. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 654. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 655. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 656. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 657. | | | | | Buy (add'l) | 10/27/16 | J | | |
| 658. WISDOMTREE MID CAP DIV FUND | A | Dividend | L | T | Buy | 03/23/16 | J | | |
| 659. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 660. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 661. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 662. | | | | | Buy (add'l) | 07/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Wood, Kimba M.

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 663. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 664. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 665. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 666. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 667. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 668. | | | | | Buy (add'l) | 10/24/16 | K | | |
| 669. WISDOMTREE TRUST INDIA FUND | A | Dividend | | | Sold | 03/28/16 | J | | |
| 670. WIDSOMTREE TRUST JAPAN HEDGE EQUITY FUND | A | Dividend | | | Buy (add'l) | 07/06/16 | J | | |
| 671. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 672. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 673. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 674. | | | | | Sold | 08/05/16 | J | | |
| 675. WISDOMTREE TRUST MDCP EARN FUND | A | Dividend | L | T | Buy (add'l) | 07/06/16 | K | | |
| 676. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 677. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 678. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 679. | | | | | Buy (add'l) | 08/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 680. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 681. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 682. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 683. | | | | | Buy (add'l) | 08/29/16 | J | | |
| 684. WISDOMTREE TRUST US QTLY DIV GRT FUND | A | Dividend | L | T | Buy | 10/24/16 | K | | |
| 685. | | | | | Buy (add'l) | 10/27/16 | J | | |
| 686. ZAYO GROUP HOLDINGS COMMON STOCK | | None | M | T | Buy | 11/01/16 | L | | |
| 687. | | | | | Buy (add'l) | 11/02/16 | L | | |
| 688. MLPS (LINES 689-700) EXCEPT WHERE NOTED | | | | | | | | | |
| 689. BLACKSTONE GROUP (SEE NOTES 1 AND 7 IN SECT VIII) | E | Distribution | M | T | | | | | |
| 690. BUCKEYE PARTNERS (SEE NOTE 1 IN SECT VIII) | E | Distribution | N | T | | | | | |
| 691. CHIMERA INVESTMENT CORP COMMON STOCK | E | Dividend | | | Sold | 07/06/16 | M | D | |
| 692. ENERGY TRANS EQTY LP (SEE NOTE 1 IN SECT VIII) | D | Distribution | N | T | | | | | |
| 693. ENERGY TRANSFER LP (SEE NOTE 1 IN SECT VIII) | C | Distribution | L | T | | | | | |
| 694. ENTERPRISE GP/AKA ENTERPRISE PRODS LP (NOTE 1 IN SECT VIII) | D | Distribution | M | T | | | | | |
| 695. MAGELLAN MIDSTREAM PARTNERS LP (SEE NOTE 1 IN SECT VIII) | C | Distribution | L | T | | | | | |
| 696. MPLX (SEE NOTE 1 IN SECT VIII) | C | Distribution | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 697. NORTHERN TIER (SEE NOTE 1 SECT VIII) | D | Distribution | | | Merged (with line 700) | 06/23/16 | M | E | |
| 698. PJT PARTNERS INC CMN STK | A | Dividend | J | T | | | | | |
| 699. WESTERN GAS PARTNERS (SEE NOTE 1 IN SECT VIII) | B | Distribution | L | T | | | | | |
| 700. WESTERN REFINING (RECVD FROM NORTHERN TIER MERGER (LINE 698) | C | Dividend | M | T | | | | | |
| 701. GS PUT ACCT (LINES 702-752) (NOTE 3 IN SECT VIII) | | | | | | | | | |
| 702. XSP PUT - CONTRACT CLOSED (EXPIRED 1/15/16) | | None | | | Buy | 01/13/16 | J | | |
| 703. XSP PUT - CONTRACT CLOSED (EXPIRED 3/18/16) | | None | | | Expired | 03/18/16 | | C | |
| 704. XSP PUT - CONTRACT CLOSED (EXPIRED 2/19/16) | | None | | | Buy | 02/18/16 | J | | |
| 705. XSP PUT - CONTRACT OPENED (EXPIRES 2/12/16) | | None | | | Sold | 01/05/16 | J | | |
| 706. CONTRACT CLOSED | | | | | Expired | 02/12/16 | | B | |
| 707. XSP PUT - CONTRACT OPENED (EXPIRES 2/19/2016) | | None | | | Sold | 01/05/16 | J | | |
| 708. CONTRACT CLOSED | | | | | Buy | 02/18/16 | J | B | |
| 709. XSP PUT - CONTRACT OPENED (EXPIRES 3/31/2016) | | None | | | Sold | 01/05/16 | J | | |
| 710. CONTRACT CLOSED | | | | | Buy | 03/29/16 | J | C | |
| 711. XSP PUT - CONTRACT OPENED (EXPIRES 4/15/2016) | | None | | | Sold | 02/18/16 | J | | |
| 712. CONTRACT CLOSED | | | | | Expired | 04/15/16 | | B | |
| 713. XSP PUT - CONTRACT OPENED (EXPIRES 5/20/2016) | | None | | | Sold | 02/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 714. CONTRACT CLOSED | | | | | Expired | 05/20/16 | | C | |
| 715. XSP PUT - CONTRACT OPENED (EXPIRES 4/8/2016) | | None | | | Sold | 03/02/16 | J | | |
| 716. CONTRACT CLOSED | | | | | Buy | 04/06/16 | J | B | |
| 717. XSP PUT - CONTRACT OPENED (EXPIRES 4/29/2016) | | None | | | Sold | 03/22/16 | J | | |
| 718. CONTRACT CLOSED | | | | | Expired | 04/29/16 | | B | |
| 719. XSP PUT - CONTRACT OPENED (EXPIRES 6/17/2016) | | None | | | Sold | 03/29/16 | J | | |
| 720. CONTRACT CLOSED | | | | | Buy | 06/16/16 | J | B | |
| 721. XSP PUT - CONTRACT OPENED (EXPIRES 5/20/2106) | | None | | | Sold | 04/06/16 | J | | |
| 722. CONTRACT CLOSED | | | | | Buy | 05/12/16 | J | B | |
| 723. XSP PUT - CONTRACT OPENED (EXPIRES 6/30/2016) | | None | | | Sold | 04/21/16 | J | | |
| 724. CONTRACT CLOSED | | | | | Buy | 06/16/16 | J | B | |
| 725. XSP PUT - CONTRACT OPENED (EXPIRES 7/15/2016) | | None | | | Sold | 05/03/16 | J | | |
| 726. CONTRACT CLOSED | | | | | Buy | 07/12/16 | J | B | |
| 727. XSP PUT - CONTRACT OPENED (EXPIRES 6/24/2016) | | None | | | Sold | 05/12/16 | J | | |
| 728. CONTRACT CLOSED | | | | | Buy | 06/16/16 | J | B | |
| 729. XSP PUT - CONTRACT OPENED (EXPIRES 8/19/2016) | | None | | | Sold | 06/01/16 | J | | |
| 730. CONTRACT CLOSED | | | | | Expired | 08/19/16 | | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 731. XSP PUT - CONTRACT OPENED (EXPIRES 7/29/2016) | | None | | | Sold | 06/16/16 | J | | |
| 732. CONTRACT CLOSED | | | | | Buy | 07/28/16 | J | B | |
| 733. XSP PUT - CONTRACT OPENED (EXPIRES 8/5/2016) | | None | | | Sold | 06/16/16 | J | | |
| 734. CONTRACT CLOSED | | | | | Expired | 08/05/16 | | B | |
| 735. XSP PUT - CONTRACT OPENED (EXPIRES 9/16/2016) | | None | | | Sold | 07/06/16 | J | | |
| 736. CONTRACT CLOSED | | | | | Expired | 09/16/16 | | B | |
| 737. XSP PUT - CONTRACT OPENED (EXPIRES 9/30/2016) | | None | | | Sold | 07/12/16 | J | | |
| 738. CONTRACT CLOSED | | | | | Expired | 09/30/16 | | B | |
| 739. XSP PUT - CONTRACT OPENED (EXPIRES 10/21/2016) | | None | | | Sold | 07/28/16 | J | | |
| 740. CONTRACT CLOSED | | | | | Expired | 10/21/16 | | C | |
| 741. XSP PUT - CONTRACT OPENED (EXPIRES 11/18/2016) | | None | | | Sold | 08/16/16 | J | | |
| 742. CONTRACT CLOSED | | | | | Expired | 11/18/16 | | C | |
| 743. XSP PUT - CONTRACT OPENED (EXPIRES 10/7/2016) | | None | | | Sold | 08/31/16 | J | | |
| 744. CONTRACT CLOSED | | | | | Expired | 10/07/16 | | B | |
| 745. XSP PUT - CONTRACT OPENED (EXPIRES 12/16/2016) | | None | | | Sold | 09/29/16 | J | | |
| 746. CONTRACT CLOSED | | | | | Buy | 12/07/16 | J | C | |
| 747. XSP PUT - CONTRACT OPENED (EXPIRES 12/16/2016) | | None | | | Sold | 10/06/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 748.  CONTRACT CLOSED | | | | | Expired | 12/16/16 | | B | |
| 749.  XSP PUT - CONTRACT OPENED (EXPIRES 1/20/2017) | | None | | | Sold | 11/04/16 | J | | |
| 750.  XSP PUT - CONTRACT OPENED (EXPIRES 1/20/2017) | | None | | | Sold | 11/11/16 | J | | |
| 751.  XSP PUT - CONTRACT OPENED (EXPIRES 2/17/2017) | | None | | | Sold | 11/22/16 | J | | |
| 752.  XSP PUT - CONTRACT OPENED (EXPIRES 3/17/2017) | | None | | | Sold | 12/07/16 | J | | |
| 753.  CASH/S/T INVESTS/MM ACCTS (LINES 754-769) | | | | | | | | | |
| 754.  GOLDMAN SACHS FINANCIAL SQUARE MM/CASH | C | Interest | O | T | | | | | |
| 755.  GOLDMAN SACHS FINANCIAL SQUARE MM/CASH (PUT) | A | Interest | L | T | | | | | |
| 756.  GOLDMAN SACHS BANK DEPOSIT/ CASH #2 (FDN) (NOTE 8 SECT VIII) | A | Interest | J | T | | | | | |
| 757.  CITIBANK CHECKING ACCOUNT - FOUNDATION | | None | M | T | | | | | |
| 758.  CITIBANK INTEREST CHECKING ACCOUNT #1 (FERP) | A | Interest | K | T | | | | | |
| 759.  CITIBANK CHECKING ACCOUNT (HH) | | None | K | T | | | | | |
| 760.  CITIBANK AGENCY TRUST CASH ACCOUNT | A | Interest | M | T | | | | | |
| 761.  CITIBANK ASSET ACCOUNT | | None | M | T | | | | | |
| 762.  CITIBANK MONEY MARKET PLUS | D | Interest | P1 | T | | | | | |
| 763.  CITIBANK INTEREST CHECKING ACCOUNT #2 (KATNH) | A | Interest | J | T | | | | | |
| 764.  CASH A/C (FKA JPMORGAN MM/ CASH) | | None | | | Closed | 01/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 765. UBS BANK USA DEPOSIT ACCOUNT (SEE NOTE 8 IN SECT VIII) | | None | J | T | | | | | |
| 766. CGMI BANK DEPOSIT PROGRAM | A | Interest | N | T | | | | | |
| 767. MORGAN STANLEY BANK/TRUST DEPOSITS #2 | A | Interest | L | T | | | | | |
| 768. MORGAN STANELY BANK/TRUST DEPOSITS #2A (5161) | A | Interest | K | T | | | | | |
| 769. MORGAN STANLEY BANK/TRUST DEPOSITS #3 (ROTH IRA) | A | Interest | J | T | | | | | |
| 770. FDN BROKERAGE #1 (NOTE 16 IN SECT VIII) | | | | | | | | | |
| 771. PACKAGING CORP OF AMERICA COMMON STK (X) | | None | | | Sold | 11/17/16 | N | G | |
| 772. FDN BRKG ACCT #2 (LINES 773 -912) (SEE NOTE 16 SECT VIII) | | | | | | | | | |
| 773. MORGAN STANLEY BANK/TRUST #1 (CASH/MM) (NOTE 8 IN SECT VIII) | | None | J | T | | | | | |
| 774. MORGAN STANLEY BANK/TRUST #2 (CASH/MM) | A | Interest | N | T | | | | | |
| 775. COMMON STOCKS AND FUNDS (LINES 776- 912) | | | | | | | | | |
| 776. ALLERGAN CMN STK | | None | | | Sold | 02/04/16 | K | | |
| 777. ALPHABET INC COMMON STOCK | | None | M | T | Buy (add'l) | 01/08/16 | J | | |
| 778. AMAZON COM INC | | None | L | T | Buy | 06/24/16 | L | | |
| 779. AMER INTL GP INC COMMON STOCK | A | Dividend | | | Sold (part) | 02/03/16 | J | A | |
| 780. | | | | | Sold (part) | 07/19/16 | K | D | |
| 781. | | | | | Sold | 07/26/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Wood, Kimba M.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 782. AMGEN INC COMMON STOCK | A | Dividend | | | Sold (part) | 03/09/16 | J | A | |
| 783. | | | | | Sold | 03/15/16 | L | D | |
| 784. AQR LONG SHORT EQ INST FUND | C | Dividend | M | T | Buy | 03/22/16 | L | | |
| 785. | | | | | Sold (part) | 06/29/16 | J | | |
| 786. | | | | | Buy (add'l) | 09/01/16 | K | | |
| 787. AQR MANAGED FUTURES STRATEGY FUND | A | Dividend | L | T | Buy | 08/08/16 | L | | |
| 788. AQR STYLE PREMIA ALTERNATIVE FUND | B | Dividend | L | T | Buy | 02/08/16 | L | | |
| 789. | | | | | Buy (add'l) | 02/29/16 | L | | |
| 790. | | | | | Buy (add'l) | 03/17/16 | K | | |
| 791. | | | | | Buy (add'l) | 04/08/16 | K | | |
| 792. | | | | | Sold (part) | 06/24/16 | L | | |
| 793. | | | | | Sold (part) | 06/29/16 | K | | |
| 794. | | | | | Sold (part) | 12/06/16 | K | | |
| 795. ARES CAPITAL CORP FUND | D | Dividend | M | T | Buy | 06/03/16 | L | | |
| 796. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 797. | | | | | Buy (add'l) | 11/02/16 | L | | |
| 798. AVENUE INCOME CREDIT FUND | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 799. BLACKROCK CORP HIGH YIELD FD INC | D | Dividend | L | T | Sold (part) | 06/03/16 | K | A | |
| 800. BOEING CO COMMON STOCK | A | Dividend | | | Buy | 02/17/16 | L | | |
| 801. | | | | | Buy (add'l) | 03/18/16 | K | | |
| 802. | | | | | Sold (part) | 05/13/16 | J | B | |
| 803. | | | | | Sold | 06/01/16 | L | C | |
| 804. CATALENT INC COMMON STOCK | | None | | | Sold (part) | 02/17/16 | K | C | |
| 805. | | | | | Sold | 02/18/16 | K | | |
| 806. CHEVRON CORP COMMON STOCK | C | Dividend | L | T | | | | | |
| 807. CROWN CASTLE INTL CORP COMMON STOCK | C | Dividend | M | T | Buy | 02/08/16 | L | | |
| 808. | | | | | Buy (add'l) | 07/29/16 | K | | |
| 809. | | | | | Buy (add'l) | 09/02/16 | K | | |
| 810. | | | | | Buy (add'l) | 10/05/16 | J | | |
| 811. | | | | | Buy (add'l) | 11/02/16 | K | | |
| 812. | | | | | Sold (part) | 12/06/16 | K | A | |
| 813. DANAHER CORP COMON STOCK | A | Dividend | L | T | | | | | |
| 814. FIDELITY ADV HEALTH CARE INST MUTUAL FUND | | None | | | Sold (part) | 03/09/16 | J | | |
| 815. | | | | | Sold | 03/15/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 816. FIRST TRUST DORSEY WRIGHT FO FUND | | None | | | Sold (part) | 01/20/16 | K | | |
| 817. | | | | | Sold | 02/05/16 | K | | |
| 818. FIRST TRUST SENIOR LOAN FUND | B | Dividend | L | T | Buy | 08/08/16 | K | | |
| 819. | | | | | Buy (add'l) | 08/09/16 | K | | |
| 820. FORTIVE CORP COMMON STOCK | | None | | | Spinoff (from line 813) | 07/01/16 | K | | |
| 821. | | | | | Sold | 07/06/16 | K | D | |
| 822. FRESHPET INC COMMON STOCK | | None | K | T | Buy (add'l) | 01/04/16 | J | | |
| 823. GEO GROUP INC COMMON STOCK | C | Dividend | | | Buy (add'l) | 02/23/16 | J | | |
| 824. | | | | | Sold (part) | 04/07/16 | K | C | |
| 825. | | | | | Sold | 07/12/16 | L | D | |
| 826. GOTHAM ENHANCED RETURN INSTL MUTUAL FUND | | None | | | Sold | 01/13/16 | L | | |
| 827. GOTHAM NEUTRAL MUTUAL FUND | | None | | | Sold | 01/13/16 | L | | |
| 828. GTT COMMUNICATIONS INC COMMON STOCK | | None | K | T | Buy | 09/01/16 | J | | |
| 829. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 830. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 831. HAIN CELESTIAL GROUP INC COMMON STOCK | | None | | | Buy | 08/16/16 | K | | |
| 832. | | | | | Sold | 09/20/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 833. HONEYWELL INTERNATIONAL INC COMMON STOCK | B | Dividend | L | T | Sold (part) | 06/21/16 | K | D | |
| 834. QUINTILES IMS HOLDINGS (FKA IMS HEALTH) COMMON STOCK | | None | | | Sold (part) | 03/15/16 | J | | |
| 835. | | | | | Sold (part) | 03/16/16 | J | | |
| 836. | | | | | Buy (add'l) | 05/03/16 | K | | |
| 837. | | | | | Sold (part) | 10/31/16 | K | A | |
| 838. | | | | | Sold | 11/01/16 | L | C | |
| 839. ISHARES MSCI GROWTH INDX FD | A | Dividend | K | T | Sold (part) | 01/20/16 | K | A | |
| 840. ISHARES MSCI USA MOMENTUM FUND | | None | | | Sold (part) | 02/05/16 | K | A | |
| 841. | | | | | Sold | 02/09/16 | K | | |
| 842. ISHARES NASDAQ BIOTECH ETF | A | Dividend | L | T | Buy | 06/28/16 | K | | |
| 843. | | | | | Buy (add'l) | 06/29/16 | K | | |
| 844. ISHARES US OIL & GAS EXP PROD FUND | B | Dividend | M | T | Buy | 01/22/16 | K | | |
| 845. | | | | | Buy (add'l) | 01/25/16 | K | | |
| 846. | | | | | Buy (add'l) | 01/28/16 | K | | |
| 847. JP MORGAN INTREPID EURO SEL MUTUAL FUND | | None | | | Buy (add'l) | 01/08/16 | K | | |
| 848. | | | | | Buy (add'l) | 01/14/16 | K | | |
| 849. | | | | | Sold (part) | 02/09/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Wood, Kimba M.

9/26/2017

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 850. | | | | | Sold | 07/19/16 | L | | |
| 851. KAR AUCTION SERVICES INC COMMON STOCK | B | Dividend | L | T | Sold (part) | 09/20/16 | K | D | |
| 852. LOCORR MARKET TREND MUTUAL FUND | | None | | | Sold | 11/23/16 | L | | |
| 853. MATTHEWS CHINA DIVIDEND MUTUAL FUND | | None | | | Sold | 02/02/16 | L | | |
| 854. MATTRESS FIRM HOLDING COMMON STOCK | | None | | | Buy | 04/18/16 | J | | |
| 855. | | | | | Buy (add'l) | 04/19/16 | K | | |
| 856. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 857. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 858. | | | | | Sold (part) | 08/08/16 | L | E | |
| 859. | | | | | Sold | 08/09/16 | K | D | |
| 860. MEDTRONIC PLC COMMON STOCK | B | Dividend | L | T | | | | | |
| 861. NATIONAL STORAGE AFFILIATES COMMON STOCK | | None | | | Sold | 02/19/16 | K | D | |
| 862. OCH-ZIFF CAPITAL MGMT CMN STK (SEE NOTE 1 IN SECT VIII) | | None | | | Sold | 04/12/16 | J | | |
| 863. PENNANTPARK FLTG RATE CAP LTD FUND | D | Dividend | L | T | Buy (add'l) | 01/29/16 | J | | |
| 864. PENNANTPARK INVESTMENT CORP FUND | D | Dividend | L | T | Buy (add'l) | 11/23/16 | J | | |
| 865. POWERSHARES ETF TR DYNA BUYBK FUND | A | Dividend | | | Sold | 04/01/16 | L | E | |
| 866. POWERSHARES INTL BUYBACK FUND | B | Dividend | L | T | Buy | 06/06/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Wood, Kimba M.

9/26/2017

Wood, Kimba M.    9/26/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 867. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 868. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 869. PROSHARES TR S&P 500 DV ARIST FUND | C | Dividend | M | T | Buy (add'l) | 04/01/16 | L | | |
| 870. PRUDENTIAL FINANCIAL COMMON STOCK | | None | | | Sold (part) | 02/03/16 | K | | |
| 871. | | | | | Sold | 02/09/16 | L | | |
| 872. SOLAR CAPITAL LTD FUND | C | Dividend | K | T | | | | | |
| 873. SOLAR SENIOR CAPITAL LTD FUND | B | Dividend | | | Sold (part) | 07/12/16 | K | B | |
| 874. | | | | | Sold (part) | 07/13/16 | J | A | |
| 875. | | | | | Sold | 07/14/16 | J | A | |
| 876. SONIC CORP COMMON STOCK (X) | | None | | | Sold (part) | 12/13/16 | M | G | |
| 877. | | | | | Sold (part) | 12/14/16 | N | G | |
| 878. | | | | | Sold (part) | 12/15/16 | M | G | |
| 879. | | | | | Sold | 12/21/16 | N | G | |
| 880. SPDR S&P MIDCAP 400 ETF TRUST | B | Dividend | M | T | Sold (part) | 04/07/16 | J | C | |
| 881. STARWOOD PROPERTY TRUST INC COMMON STOCK | D | Dividend | L | T | Buy (add'l) | 03/18/16 | L | | |
| 882. | | | | | Sold (part) | 06/21/16 | J | A | |
| 883. | | | | | Sold (part) | 06/24/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 884.  TERRAFORM PWR INC COMMON STOCK | | None | | | Buy | 03/08/16 | K | | |
| 885. | | | | | Buy (add'l) | 03/09/16 | K | | |
| 886. | | | | | Sold (part) | 03/16/16 | K | | |
| 887. | | | | | Sold (part) | 03/17/16 | J | | |
| 888. | | | | | Sold | 03/18/16 | J | | |
| 889.  THERMO FISHER SCIENTIFIC COMMON STOCK | A | Dividend | L | T | Buy | 01/12/16 | K | | |
| 890. | | | | | Buy (add'l) | 01/22/16 | J | | |
| 891.  TORTOISE ENERGY INFRA FUND | | None | | | Sold | 02/17/16 | K | | |
| 892.  VANGUARD INFO TECH ETF | B | Dividend | M | T | Buy (add'l) | 01/14/16 | J | | |
| 893.  VANGUARD MID-CAP ETF | B | Dividend | L | T | Sold (part) | 04/07/16 | L | A | |
| 894.  VANGUARD SMALL CAP ETF | B | Dividend | M | T | Sold (part) | 06/21/16 | K | A | |
| 895.  VIRTUS INSIGHT EMERGING MKTS MUTUAL FUND | A | Dividend | L | T | Sold (part) | 06/21/16 | J | | |
| 896.  VISA INC COMMON STOCK | A | Dividend | L | T | Sold (part) | 06/21/16 | J | B | |
| 897. | | | | | Buy (add'l) | 12/05/16 | K | | |
| 898.  WALT DISNEY CO HLDG CO COMMON STOCK | A | Dividend | L | T | Buy | 04/19/16 | K | | |
| 899. | | | | | Buy (add'l) | 04/20/16 | K | | |
| 900.  WELLS FARGO & CO COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 08/09/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 901. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 902. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 903. WISDOMTREE CBOE S&P 500 ETF | | None | M | T | Buy | 12/06/16 | M | | |
| 904. WISDOMTREE EUROPE HEDGED EQUITY FUND | | None | | | Sold | 01/14/16 | L | | |
| 905. WISDOMTREE EUROPE SMALL CAP DIV ETF | C | Dividend | L | T | Buy | 01/14/16 | L | | |
| 906. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 907. WISDOMTREE MID CAP DIV | B | Dividend | M | T | Buy | 04/07/16 | M | | |
| 908. WISDOMTREE SMALL CAP DIV FUND | C | Dividend | L | T | | | | | |
| 909. WIDSOMTREE TRUST JAPAN HEDGE EQUITY FUND | | None | | | Sold | 02/10/16 | L | | |
| 910. WISDOMTREE TRUST MDCP EARN FUND | B | Dividend | L | T | | | | | |
| 911. YUM BRANDS COMMON STOCK | B | Dividend | L | T | Buy | 03/29/16 | L | | |
| 912. | | | | | Sold (part) | 11/28/16 | K | C | |
| 913. NON-PUBLICS (SEE NOTES 5 & 7 IN SECT VIII) (LINES 914-1045) | | | | | | | | | |
| 914. ARIZONA SNOWBOWL (SEE NOTE 1 IN SECT VIII) | | None | | | Distributed (part) | 02/29/16 | J | | |
| 915. | | | | | Distributed (part) | 03/24/16 | J | | |
| 916. | | | | | Distributed (part) | 04/18/16 | J | | |
| 917. | | | | | Distributed (part) | 05/06/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 58 of 85

Name of Person Reporting

Wood, Kimba M.

Date of Report

9/26/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 918. | | | | | Distributed (part) | 06/10/16 | J | | |
| 919. | | | | | Distributed (part) | 07/19/16 | J | | |
| 920. | | | | | Sold (part) | 08/11/16 | N | G | |
| 921. | | | | | Sold (part) | 08/16/16 | L | F | |
| 922. | | | | | Sold | 12/23/16 | K | E | |
| 923. ELGIN CAPITAL (SEE NOTES 1 & 22 IN SECT VIII) | G | Distribution | P1 | W | Distributed (part) | 10/17/16 | M | | |
| 924. CENTERBRIDGE CREDIT PARTNERS (SEE NOTE 1 IN SECT VIII) | F | Distribution | P1 | U | | | | | |
| 925. TAMPA BAY RAYS (SEE NOTE 1 IN SECT VIII) | F | Distribution | N | W | | | | | |
| 926. HARDING SERVICE, LLC (SEE NOTES 1 & 6 IN SECT VIII) | E | Distribution | J | V | | | | | |
| 927. OFFIT CAPITAL ADVISORS (SEE NOTE 1 IN SECTION VIII) | F | Distribution | N | W | Distributed (part) | 02/05/16 | L | | |
| 928. UNIVERSAL HOSPITAL SERVICES HOLDING CO (NOTE 1 SECT VIII) | | None | M | W | | | | | |
| 929. WHOLESOME FOODS (SEE NOTES 1 & 22 IN SECTION VIII) | | None | O | W | | | | | |
| 930. GOLUB CAPITAL PARTNERS (SEE NOTE 9 IN SECTION VIII) | G | Distribution | P1 | W | Distributed (part) | 01/26/16 | K | | |
| 931. | | | | | Distributed (part) | 04/26/16 | K | | |
| 932. | | | | | Distributed (part) | 07/27/16 | K | | |
| 933. | | | | | Distributed (part) | 10/25/16 | K | | |
| 934. GOLUB CAPITAL VIII (SEE NOTE 9 IN SECT VIII) | G | Distribution | P1 | W | Distributed (part) | 01/26/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 935. | | | | | Distributed (part) | 04/26/16 | K | | |
| 936. | | | | | Distributed (part) | 07/25/16 | K | | |
| 937. | | | | | Distributed (part) | 10/25/16 | K | | |
| 938. IRVING PLACE CAPITAL II (SEE NOTE 9 IN SECT VIII) | | None | K | W | | | | | |
| 939. BLACKSTONE REAL ESTATE VI AND VIII (NOTES 9 & 22 SECT VIII) | G | Distribution | P1 | W | Buy (add'l) | 01/19/16 | N | | |
| 940. | | | | | Buy (add'l) | 01/22/16 | K | | |
| 941. | | | | | Distributed (part) | 03/14/16 | M | | |
| 942. | | | | | Distributed (part) | 03/22/16 | J | | |
| 943. | | | | | Buy (add'l) | 05/06/16 | M | | |
| 944. | | | | | Buy (add'l) | 05/25/16 | J | | |
| 945. | | | | | Distributed (part) | 05/31/16 | M | | |
| 946. | | | | | Distributed (part) | 06/02/16 | J | | |
| 947. | | | | | Distributed (part) | 06/21/16 | J | | |
| 948. | | | | | Buy (add'l) | 06/28/16 | L | | |
| 949. | | | | | Distributed (part) | 07/18/16 | M | | |
| 950. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 951. | | | | | Buy (add'l) | 07/27/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 60 of 85 | Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 952. | | | | | Distributed (part) | 08/04/16 | L | | |
| 953. | | | | | Buy (add'l) | 08/24/16 | K | | |
| 954. | | | | | Distributed (part) | 08/25/16 | J | | |
| 955. | | | | | Distributed (part) | 08/29/16 | N | | |
| 956. | | | | | Distributed (part) | 09/23/16 | L | | |
| 957. | | | | | Distributed (part) | 10/14/16 | L | | |
| 958. | | | | | Distributed (part) | 10/27/16 | M | | |
| 959. | | | | | Buy (add'l) | 11/23/16 | M | | |
| 960. | | | | | Distributed (part) | 11/25/16 | M | | |
| 961. | | | | | Distributed (part) | 12/01/16 | K | | |
| 962. | | | | | Distributed (part) | 12/22/16 | M | | |
| 963. BLENHEIM ELGIN NATL RESOURCES FUND (SEE NOTE 9 IN SECT VIII) | H1 | Distribution | O | W | Distributed (part) | 10/12/16 | P1 | | |
| 964. CENTERVIEW CAPITAL (SEE NOTE 10 IN SECT VIII) | D | Distribution | | | | | | | |
| 965. ADVANTAGE SALES MARKETING (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 966. OLE SMOKEY TENNESSEE MOONSHINE (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 967. RICHELIEU FOODS, INC (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 968. DGNL VENTURES (SEE NOTE 9 IN SECT VIII) | A | Distribution | L | W | Buy | 12/16/16 | L | | |
| 969. HIGHCAPE PARTNERS (SEE NOTE 10 IN SECT VIII) | B | Distribution | | | | | | | |
| 970. CHEETAH MEDICAL (SEE NOTE 15 IN SECT VIII) | | None | M | W | Buy (add'l) | 04/01/16 | J | | |
| 971. TELABIO (SEE NOTE 15 IN SECT VIII) | | None | M | W | Buy (add'l) | 12/16/16 | K | | |
| 972. AZIYO (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 973. KAYNE ANDERSON (SEE NOTE 9 IN SECT VIII) | D | Distribution | P1 | W | Buy (add'l) | 03/01/16 | N | | |
| 974. | | | | | Distributed (part) | 04/04/16 | K | | |
| 975. | | | | | Distributed (part) | 07/05/16 | K | | |
| 976. | | | | | Buy (add'l) | 08/30/16 | M | | |
| 977. | | | | | Distributed (part) | 10/07/16 | L | | |
| 978. VESTAR CAPL PRTNRS/ASSC IV/AIV (SEE NOTE 9 IN SECT VIII) | | None | N | W | | | | | |
| 979. VESTAR CAP/ASSOC V (SEE NOTE 9 & 22 IN SECT VIII) | H1 | Distribution | O | W | Distributed (part) | 07/29/16 | K | | |
| 980. | | | | | Distributed (part) | 09/07/16 | O | | |
| 981. | | | | | Distributed (part) | 09/14/16 | J | | |
| 982. | | | | | Distributed (part) | 10/26/16 | O | | |
| 983. | | | | | Distributed (part) | 12/09/16 | J | | |
| 984. VESTAR ASSOCIATES, VI (SEE NOTES 18 & 22 IN SECT VIII) | E | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 985. RAZOR'S EDGE FUND (SEE NOTE 9 IN SECT VIII) | C | Distribution | P1 | W | Buy (add'l) | 04/15/16 | K | | |
| 986. | | | | | Buy (add'l) | 12/09/16 | K | | |
| 987. RAZOR'S EDGE FUND II (SEE NOTE 9 IN SECT VIII) | A | Distribution | M | W | Buy | 10/31/16 | M | | |
| 988. RED ABBEY (SEE NOTE 9 IN SECT VIII) | B | Distribution | K | W | Distributed (part) | 01/04/16 | J | | |
| 989. SENTINEL CAPITAL III (SEE NOTE 10 IN SECT VIII) | F | Distribution | | | | | | | |
| 990. SENTINEL CAPITAL IV (SEE NOTES 10 & 22 IN SECT VIII) | G | Distribution | | | | | | | |
| 991. SENTINEL CAPITAL V (SEE NOTES 10 & 22 IN SECT VIII) | | None | J | W | Buy (add'l) | 09/30/16 | J | | |
| 992. CHASE DOORS - (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed (part) | 06/30/16 | J | B | |
| 993. | | | | | Distributed | 10/11/16 | K | E | |
| 994. CHECKERS & RALLY'S (SEE NOTE 15 IN SECTION VIII) | | None | P1 | W | | | | | |
| 995. COLSON GROUP HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | None | O | W | | | | | |
| 996. CORPORATE VISIONS (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 997. CREDIT INFONET HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 998. CRITICAL SOLUTIONS (SEE NOTE 15 IN SECTION VIII) | | None | K | W | Distributed (part) | 01/07/16 | J | | |
| 999. | | | | | Distributed (part) | 02/16/16 | J | | |
| 1000. | | | | | Distributed (part) | 06/30/16 | K | | |
| 1001. | | | | | Distributed (part) | 12/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1002. DRIVEN PERFORMANCE BRANDS (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 1003. ENGINEERED CONTROLS (NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed (part) | 02/12/16 | J | B | |
| 1004. | | | | | Distributed | 02/16/16 | J | B | |
| 1005. FAZOLI GROUP (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 1006. HOLLANDER SLEEP PRODUCTS (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 1007. HUDDLE HOUSE (SEE NOTE 15 IN SECT VIII) | F | Dividend | N | W | Distributed (part) | 02/16/16 | L | | |
| 1008. IEP TECHNOLOGIES (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 10/11/16 | J | D | |
| 1009. LUMINARIES GROUP (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 08/30/16 | N | | |
| 1010. MARKETPLACE EVENTS (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 02/16/16 | M | | |
| 1011. NATIONAL SPINE AND PAIN CENTERS (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 1012. NEWK'S HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 1013. NORTH AMERICAN RESCUE (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 06/30/16 | J | C | |
| 1014. NORTHEAST DENTAL MANAGEMENT (SEE NOTE 15 IN SECT VIII) | | None | | | Sold | 01/07/16 | P1 | G | Dental Care Alliance |
| 1015. | | | | | Distributed | 06/30/16 | J | D | |
| 1016. PCH HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | P1 | W | | | | | |
| 1017. POWER PRODUCT (SEE NOTE 15 IN SECT VIII) | | None | | | Distributed (part) | 10/11/16 | L | | |
| 1018. | | | | | Sold | 12/21/16 | P1 | H1 | GenStar Capital |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1019. PRECISION PIPELINE (NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 02/16/16 | J | D | |
| 1020. QUICK WEIGHT LOSS CENTERS (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 08/30/16 | N | | |
| 1021. REVENEW INTERNATIONAL (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 08/30/16 | N | | |
| 1022. ROBOMETRICS (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 1023. TGI FRIDAYS (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 1024. TOTAL MILITARY MANAGEMENT (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 1025. VINTAGE HOLDINGS (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed (part) | 02/12/16 | K | E | |
| 1026. | | | | | Distributed | 10/07/16 | L | F | |
| 1027. WELLSPRING PHARMACEUTICALS (SEE NOTE 15 IN SECTION VIII) | C | Interest | M | W | | | | | |
| 1028. SCIENS CAPITAL (AKA ZILKHA) (NOTES 6 & 9 IN SECT VIII) | E | Distribution | J | V | Distributed (part) | 09/30/16 | K | | |
| 1029. SCP SHARE EXCHANGE CO (X) (SEE NOTE 17 IN SECT VIII) | A | Distribution | | | | | | | |
| 1030. NORTHERN HELLENIC HOLDINGS (Y) | | | | | | | | | |
| 1031. QUINTANA ENERGY PARTNERS (SEE NOTES 9 & 22 IN SECT VIII) | | None | N | W | | | | | |
| 1032. TINICUM LP (SEE NOTES 9 & 22 IN SECT VIII) | | None | P1 | W | Buy (add'l) | 02/02/16 | L | | |
| 1033. 3G KRAFT HEINZ (FKA 3G SPECL SIT FND III) (NOTE 9 SECT VIII) | E | Distribution | P2 | W | Distributed (part) | 01/22/16 | K | | |
| 1034. | | | | | Distributed (part) | 04/22/16 | K | | |
| 1035. | | | | | Distributed (part) | 07/13/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wood, Kimba M.** | 9/26/2017 |

– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1036. | | | | | Distributed (part) | 10/13/16 | K | | |
| 1037. | | | | | Distributed (part) | 12/22/16 | K | | |
| 1038. 3G FUND IV (SEE NOTE 9 IN SECT VIII) | E | Distribution | P1 | W | Distributed (part) | 01/22/16 | K | | |
| 1039. | | | | | Distributed (part) | 04/20/16 | K | | |
| 1040. | | | | | Distributed (part) | 07/18/16 | K | | |
| 1041. | | | | | Distributed (part) | 10/14/16 | K | | |
| 1042. | | | | | Distributed (part) | 12/21/16 | K | | |
| 1043. VALINOR LP (SEE NOTE 9 IN SECT VIII) | A | Distribution | N | W | Buy | 03/11/16 | M | | |
| 1044. | | | | | Distributed (part) | 03/11/16 | J | | |
| 1045. | | | | | Buy (add'l) | 06/15/16 | L | | |
| 1046. | | | | | Buy (add'l) | 12/01/16 | K | | |
| 1047. OTHER INVESTMENTS/NOTES RECEIVABLES (LINES 1047-1080) | | | | | | | | | |
| 1048. AMBULNZ LLC (SEE NOTE 1 IN SECT VIII) | | None | N | W | Buy | 11/17/16 | N | | |
| 1049. ATLANTA VININGS (SEE NOTE 1 IN SECT VIII) | A | Distribution | O | W | Buy | 12/09/16 | O | | |
| 1050. BLUE LOTUS INVESTMENT FUND (SEE NOTE 1 IN SECT VIII) | D | Distribution | N | U | | | | | |
| 1051. CEDAR ROCK CAPITAL PARTNERS (SEE NOTE 1 IN SECT VIII) | G | Distribution | P1 | T | | | | | |
| 1052. CHEETAH MEDICAL DIRECT (SEE NOTE 14 IN SECT VIII) | | None | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1053. CHESAPEAKE PARTNERS (SEE NOTE 1 IN SECT VIII) | E | Distribution | | | Distributed (part) | 08/01/16 | P1 | H1 | |
| 1054. | | | | | Distributed (part) | 09/07/16 | O | G | |
| 1055. | | | | | Distributed | 12/01/16 | K | E | |
| 1056. GOLD BULLION | | None | N | T | | | | | |
| 1057. F. E. RICHARDSON & CO (SEE NOTES 1 & 13 IN SECT VIII) | | None | K | V | Buy (add'l) | 01/15/16 | K | | |
| 1058. | | | | | Buy (add'l) | 01/22/16 | L | | |
| 1059. | | | | | Buy (add'l) | 02/12/16 | K | | |
| 1060. | | | | | Buy (add'l) | 03/11/16 | K | | |
| 1061. | | | | | Buy (add'l) | 04/08/16 | K | | |
| 1062. | | | | | Buy (add'l) | 04/22/16 | K | | |
| 1063. | | | | | Buy (add'l) | 05/19/16 | K | | |
| 1064. | | | | | Buy (add'l) | 05/25/16 | M | | |
| 1065. | | | | | Buy (add'l) | 06/10/16 | K | | |
| 1066. | | | | | Buy (add'l) | 07/06/16 | K | | |
| 1067. | | | | | Buy (add'l) | 07/13/16 | L | | |
| 1068. | | | | | Buy (add'l) | 08/17/16 | K | | |
| 1069. | | | | | Buy (add'l) | 09/15/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1070. | | | | | Buy (add'l) | 10/07/16 | K | | |
| 1071. | | | | | Buy (add'l) | 11/04/16 | K | | |
| 1072. | | | | | Buy (add'l) | 12/01/16 | K | | |
| 1073. HITCHWOOD CAPITAL (SEE NOTE 1 IN SECT VIII) | | None | O | U | | | | | |
| 1074. ORBIMED (SEE NOTE 1 IN SECT VIII) | | None | O | U | | | | | |
| 1075. OVERLOOK PARTNERS (SEE NOTE 1 IN SECT VIII) | | None | P1 | U | Buy (add'l) | 01/20/16 | N | | |
| 1076. OVERLOOK 3G PARTNERS (SEE NOTE 1 IN SECT VIII) | D | Distribution | N | U | Spinoff (from line 1075) | 02/01/16 | N | | |
| 1077. RYFT (AKA RE SIDECAR 2) (SEE NOTES 1 & 14 IN SECT VIII) | | None | O | U | Buy (add'l) | 11/21/16 | N | | |
| 1078. ZOOM DATA DIRECT (AKA RE SIDECAR 5) (NOTE 1 IN SECT VIII) | | None | K | U | Buy | 01/15/16 | K | | |
| 1079. ELIZABETH REILLY, PERSONAL LOAN - NOTE RECEIVABLE | | None | K | U | | | | | |
| 1080. SHIRLEY NAVARETTE, PERSONAL LOAN - NOTE RECEIVABLE | | None | J | U | | | | | |
| 1081. SARA LAJOIE, PERSONAL LOAN - NOTE RECEIVABLE | | None | K | U | Open | 12/12/16 | K | | |
| 1082. TRUST #1 (LINES 1082-1100) (SEE NOTE 2 IN SECT VIII) | | | | | | | | | |
| 1083. ---GOLDMAN SACHS BANK DEPOSIT/ CASH #4 | A | Interest | J | T | | | | | |
| 1084. ---ABBOTT LABORATORIES COMMON STOCK | A | Dividend | | | Sold | 04/04/16 | K | E | |
| 1085. ---ABB-VIE INC. COMMON STOCK | D | Dividend | M | T | | | | | |
| 1086. ---ALLERGAN PLC CMN STK | | None | | | Sold | 05/27/16 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)  
A =$1,000 or less  
B =$1,001 - $2,500  
C =$2,501 - $5,000  
D =$5,001 - $15,000  
E =$15,001 - $50,000  
F =$50,001 - $100,000  
G =$100,001 - $1,000,000  
H1 =$1,000,001 - $5,000,000  
H2 =More than $5,000,000  

2. Value Codes: (See Columns C1 and D3)  
J =$15,000 or less  
K =$15,001 - $50,000  
L =$50,001 - $100,000  
M =$100,001 - $250,000  
N =$250,001 - $500,000  
O =$500,001 - $1,000,000  
P1 =$1,000,001 - $5,000,000  
P2 =$5,000,001 - $25,000,000  
P3 =$25,000,001 - $50,000,000  
P4 =More than $50,000,000  

3. Value Method Codes (See Column C2)  
Q =Appraisal  
R =Cost (Real Estate Only)  
S =Assessment  
T =Cash Market  
U =Book Value  
V =Other  
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1087. --AMAZON.COM INC COMMON STOCK | | None | M | T | Buy | 05/17/16 | M | | |
| 1088. ---BLACKROCK INC COMMON STOCK | C | Dividend | M | T | Sold (part) | 05/16/16 | K | E | |
| 1089. --CHUBB LTD COMMON | B | Dividend | M | T | Buy | 01/26/16 | L | | |
| 1090. | | | | | Buy (add'l) | 05/02/16 | K | | |
| 1091. ---FACEBOOK INC COMMON STOCK | | None | L | T | | | | | |
| 1092. ---JOHNSON & JOHNSON COMMON STOCK | B | Dividend | L | T | | | | | |
| 1093. ---LINKEDIN CORP COMMON STOCK | | None | | | Sold | 05/27/16 | K | | |
| 1094. ---SALESFORCE.COM, INC COMMON STOCK | | None | | | Sold | 04/29/16 | K | A | |
| 1095. ---SONIC CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 1096. --STARBUCKS CORP COMMON STOCK | B | Dividend | M | T | Buy | 05/02/16 | L | | |
| 1097. | | | | | Buy (add'l) | 05/27/16 | K | | |
| 1098. | | | | | Buy (add'l) | 06/02/16 | K | | |
| 1099. ---UNITED CONTINENTAL HOLDING INC COMMON STOCK | | None | | | Sold | 05/16/16 | L | | |
| 1100. ---WALGREEN BOOTS ALLIANCE, INC CO CMN STOCK | C | Dividend | M | T | Buy (add'l) | 04/04/16 | K | | |
| 1101. | | | | | Buy (add'l) | 05/27/16 | K | | |
| 1102. TRUST #1A (LINES 1102-1145) (NOTES 1, 2 & 7 IN SECT VIII) | | | | | | | | | |
| 1103. ---GOLDMAN SACHS BANK DEPOSITS/ CASH #4A | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1104. ---WILLIAMS PARTNERS | B | Distribution | K | T | Sold (part) | 08/11/16 | J | A | |
| 1105. | | | | | Sold (part) | 09/14/16 | J | A | |
| 1106. ---ANTERO MIDSTREAM PARTNERS | A | Distribution | K | T | Buy (add'l) | 04/11/16 | J | | |
| 1107. | | | | | Sold (part) | 07/08/16 | J | | |
| 1108. --BUCKEYE PARTNERS LP | A | Distribution | J | T | | | | | |
| 1109. ---COLUMBIA PIPELINE PARTNERS LP (SEE NOTE 21 IN SECT VIII) | A | Distribution | | | Sold (part) | 05/31/16 | J | | |
| 1110. ---DCP MIDSTREAM PARTNERS LP | A | Distribution | J | T | Buy (add'l) | 04/13/16 | J | | |
| 1111. | | | | | Sold (part) | 11/10/16 | J | | |
| 1112. ---ENBRIDGE INC COMMON | A | Dividend | J | T | Buy | 09/13/16 | J | | |
| 1113. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 1114. ---ENERGY TRANSFER EQUITY LP | A | Distribution | | | Sold | 02/08/16 | J | | |
| 1115. --ENERGY TRANSFER PARTNERS, LP | A | Distribution | K | T | Buy | 02/23/16 | J | | |
| 1116. | | | | | Buy (add'l) | 07/06/16 | K | | |
| 1117. | | | | | Sold (part) | 09/13/16 | J | A | |
| 1118. ---ENTERPRISE PRODUCTS PART LP | A | Distribution | K | T | Buy (add'l) | 02/18/16 | J | | |
| 1119. | | | | | Buy (add'l) | 07/07/16 | J | | |
| 1120. | | | | | Sold (part) | 09/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1121. ---EQT GP HOLDINGS COMMON | | None | J | T | | | | | |
| 1122. ---EQT MIDSTREAM PARTNERS LP COMMON | | None | K | T | Sold (part) | 07/08/16 | J | A | |
| 1123. ---GENESIS ENERGY, LP | | None | J | T | Sold (part) | 05/02/16 | J | | |
| 1124. | | | | | Sold (part) | 09/13/16 | J | A | |
| 1125. | | | | | Sold (part) | 11/10/16 | J | A | |
| 1126. ---MAGELLAN MIDSTREAM PARTNERS LP | B | Distribution | K | T | Sold (part) | 03/30/16 | K | D | |
| 1127. ---MPLX LP | A | Distribution | K | T | Buy (add'l) | 02/19/16 | J | | |
| 1128. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 1129. | | | | | Sold (part) | 07/06/16 | J | | |
| 1130. ---ONEOK INC CMN | A | Dividend | J | T | Sold (part) | 03/23/16 | J | | |
| 1131. | | | | | Sold | 03/24/16 | J | | |
| 1132. | | | | | Buy | 11/22/16 | J | | |
| 1133. ---ONEOK PARTNERS, LP | | None | J | T | | | | | |
| 1134. ---PHILLIPS 66 PARTNERS LP | | None | J | T | Buy (add'l) | 05/04/16 | J | | |
| 1135. ---PLAINS ALL AMERICAN PIPELINE LP | | None | K | T | Buy (add'l) | 04/21/16 | J | | |
| 1136. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 1137. ---TARGA RESOURCES CORP COMMON | B | Dividend | K | T | Buy (add'l) | 02/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1138. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 1139. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 1140. ---TESORO LOGISTICS LP COMMON | | None | J | T | | | | | |
| 1141. ---VALERO ENERGY PARTNERS LP | | None | J | T | | | | | |
| 1142. ---WESTERN GAS EQUITY PARTNERS LP (SEE NOTE 21 IN SECT VIII) | | None | | | Sold (part) | 01/20/16 | J | | |
| 1143. ---WESTERN GAS PARTNERS, LP | | None | J | T | Sold (part) | 11/10/16 | J | | |
| 1144. ---THE WILLIAMS COMPANIES, INC (SEE NOTE 12 IN SECT VIII) | A | Dividend | J | T | Sold | 02/08/16 | J | | |
| 1145. | | | | | Buy | 11/10/16 | J | | |
| 1146. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 1147. TRUST #1B (LINES 1147-1197) (NOTES 2 & 5 IN SECT VIII) | | | | | | | | | |
| 1148. ---CITI TRUST CHECKING ACCOUNT | | None | J | T | | | | | |
| 1149. ---FARALLON CAPITAL (SEE NOTE 9 IN SECT VIII) | | None | O | W | Distributed (part) | 08/11/16 | J | | |
| 1150. | | | | | Distributed (part) | 11/03/16 | J | | |
| 1151. ---VESTAR III (SEE NOTE 9 IN SECT VIII) | | None | L | W | Distributed (part) | 12/29/16 | J | | |
| 1152. ---VANGUARD PRIME MM FUND | A | Dividend | J | T | | | | | |
| 1153. ---VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | M | T | Open | 08/08/16 | L | | |
| 1154. ---ABBVIE INC COMMON STOCK | | None | K | T | Buy | 12/22/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1155. ---ALLERGAN PLC COMMON STOCK | | None | | | Buy (add'l) | 05/09/16 | K | | |
| 1156. | | | | | Buy (add'l) | 05/31/16 | K | | |
| 1157. | | | | | Sold (part) | 07/11/16 | K | | |
| 1158. | | | | | Buy (add'l) | 09/29/16 | K | | |
| 1159. | | | | | Sold | 12/22/16 | M | | |
| 1160. ---AMAZON.COM INC COMMON STOCK | | None | L | T | Buy | 06/17/16 | K | | |
| 1161. | | | | | Buy (add'l) | 07/22/16 | K | | |
| 1162. ---BERKSHIRE HATHAWAY INC CL B COMMON STOCK | | None | M | T | Buy | 05/27/16 | L | | |
| 1163. | | | | | Buy (add'l) | 12/08/16 | L | | |
| 1164. ---CABOT OIL & GAS CORP COMMON STOCK | A | Dividend | L | T | Sold (part) | 05/02/16 | J | C | |
| 1165. | | | | | Sold (part) | 05/27/16 | J | C | |
| 1166. | | | | | Sold (part) | 08/08/16 | J | B | |
| 1167. ---CHUBB LTD COMMON STOCK | A | Dividend | L | T | Buy | 08/02/16 | K | | |
| 1168. | | | | | Buy (add'l) | 09/09/16 | K | | |
| 1169. ---ENDO INTL PLC | | None | | | Sold (part) | 05/11/16 | J | | |
| 1170. | | | | | Sold | 05/31/16 | J | | |
| 1171. ---EOG RESOURCES INC COMMON STOCK | A | Dividend | | | Sold | 05/27/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1172. ---HONEYWELL INTL INC COMMON STOCK | A | Dividend | M | T | Buy | 10/07/16 | M | | |
| 1173. | | | | | Buy (add'l) | 10/14/16 | K | | |
| 1174. ---ISHARES NASDAQ BIOTECHNOLOGY ETF | A | Dividend | K | T | Sold (part) | 12/22/16 | K | | |
| 1175. ---JOHNSON & JOHNSON COMMON STOCK | A | Dividend | K | T | Buy | 10/18/16 | K | | |
| 1176. ---LINKEDIN CORP COMMON STOCK | | None | | | Buy (add'l) | 02/03/16 | K | | |
| 1177. | | | | | Sold | 06/14/16 | M | | |
| 1178. ---MCKESSON CORP COMMON STOCK | A | Dividend | | | Sold (part) | 07/11/16 | K | | |
| 1179. | | | | | Sold | 12/22/16 | L | | |
| 1180. ---PALO ALTO NETWORKS INC | | None | | | Buy (add'l) | 02/04/16 | K | | |
| 1181. | | | | | Sold (part) | 05/02/16 | K | A | |
| 1182. | | | | | Sold (part) | 08/23/16 | K | A | |
| 1183. | | | | | Sold | 08/31/16 | L | | |
| 1184. ---PIONEER NATURAL RESOURCES COMPANY COMMON STOCK | A | Dividend | L | T | Sold (part) | 04/29/16 | K | C | |
| 1185. | | | | | Sold (part) | 05/27/16 | J | B | |
| 1186. | | | | | Sold (part) | 08/08/16 | J | A | |
| 1187. | | | | | Sold (part) | 09/29/16 | J | A | |
| 1188. ---POWERSHARES DYNAMIC BUYBACK ACHIEVERS ETF | A | Dividend | | | Sold | 05/24/16 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1189. ---PRIME CAP ODYSSEY AGGRESSIVE GROWTH MUTUAL FUND | E | Dividend | N | T | | | | | |
| 1190. ---SALESFORCE.COM INC COMMON STOCK | | None | | | Sold | 05/27/16 | M | E | |
| 1191. ---SPDR SERIES TRUST S&P BIOTECH ETF | A | Dividend | K | T | | | | | |
| 1192. ---STARBUCKS CORP COMMON STOCK | A | Dividend | K | T | Buy | 09/09/16 | K | | |
| 1193. ---VANGUARD CONSUMER DISCRETIONARY ETF | B | Dividend | M | T | | | | | |
| 1194. ---VANGUARD DIVIDEND APPRECIATION FUND | D | Dividend | N | T | | | | | |
| 1195. ---VANGUARD HEALTH CARE ETF | A | Dividend | | | Sold | 05/31/16 | K | A | |
| 1196. ---VANGUARD INFORMATION TECHNOLOGY ETF | B | Dividend | N | T | Buy (add'l) | 05/31/16 | L | | |
| 1197. | | | | | Buy (add'l) | 12/08/16 | L | | |
| 1198. ---VANGUARD TOTAL STOCK MARKET ETF | B | Dividend | M | T | Buy | 05/27/16 | M | | |
| 1199. TRUST #2 (LINES 1199-1212) (SEE NOTE 19 IN SECT VIII) | | | | | | | | | |
| 1200. ---BLACKROCK LIQUIDITY FUNDS | A | Dividend | | | Sold | 02/29/16 | J | | |
| 1201. ---TD AMERITRADE INSURED DEPOSIT/CASH ACCOUNT | A | Interest | J | T | | | | | |
| 1202. ---PRIMECAP ODYSSEY GR FD | C | Dividend | L | T | Buy | 03/24/16 | L | | |
| 1203. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 1204. ---PRUDENTIAL JENNISON 20/20 FOCUS FUND (MUTUAL FUND) | | None | | | Sold | 03/24/16 | L | | |
| 1205. ---BLACKROCK EQUITY DIVIDEND INST CLASS FUND | | None | | | Sold | 03/24/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1206. ---EAGLE SMALL CAP GROWTH FUND | | None | | | Sold | 03/24/16 | J | C | |
| 1207. ---ISHARES CORE S&P MID-CAP ETF | A | Dividend | K | T | Buy | 04/04/16 | K | | |
| 1208. | | | | | Buy (add'l) | 12/08/16 | K | | |
| 1209. ---ISHARES TIPS BOND ETF | A | Dividend | K | T | Buy (add'l) | 04/04/16 | J | | |
| 1210. | | | | | Buy (add'l) | 11/10/16 | K | | |
| 1211. ---ISHARES NATL MUNI BND ETF | A | Dividend | K | T | Sold (part) | 11/10/16 | K | A | |
| 1212. ---VANGUARD CRSP US SM CAP GROWTH IND ETF | A | Dividend | K | T | Buy | 03/24/16 | J | | |
| 1213. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | L | T | Buy | 03/24/16 | L | | |
| 1214. TRUST #3 (LINES 1214-1266) (SEE NOTE 19 IN SECT VIII) | | | | | | | | | |
| 1215. ---TD AMERITRADE CASH ACCOUNT | A | Interest | L | T | | | | | |
| 1216. ---BLACKROCK LIQUIDITY FUNDS | A | Dividend | | | Sold | 02/29/16 | J | | |
| 1217. ---ALLERGAN INC COMMON STOCK | | None | | | Buy (add'l) | 04/12/16 | K | | |
| 1218. | | | | | Sold (part) | 05/27/16 | J | | |
| 1219. | | | | | Sold | 12/22/16 | J | | |
| 1220. ---AMAZON.COM INC COMMON STOCK | | None | K | T | Buy | 06/17/16 | J | | |
| 1221. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 1222. ---AMERICAN EXPRESS CO COMMON STOCK | A | Dividend | | | Sold | 01/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 76 of 85

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1223. ---AMERISOURCEBERGEN CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 1224. ---AMERIPRISE FINANCIAL INC COMMON STOCK | | None | | | Sold | 01/28/16 | J | B | |
| 1225. ---AMGEN INC COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 04/04/16 | J | | |
| 1226. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 1227. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 1228. | | | | | Sold (part) | 12/22/16 | J | | |
| 1229. ---APPLE INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 1230. ---CAPITAL ONE FINANCIAL CORP COMMON STOCK | | None | | | Sold | 01/28/16 | J | A | |
| 1231. ---CELANESE CORP COMMON STOCK | | None | | | Sold | 01/19/16 | J | B | |
| 1232. ---CHUBB CORP COMMON STOCK (SEE NOTE 12 IN SECT VIII) | A | Dividend | K | T | Sold | 01/15/16 | J | B | |
| 1233. | | | | | Buy | 01/28/16 | J | | |
| 1234. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 1235. ---DOLLAR TREE INC COMMON STOCK | | None | J | T | Buy (add'l) | 04/19/16 | J | | |
| 1236. ---EAGLE SMALL CAP GROWTH MUTUAL FUND | A | Dividend | J | T | | | | | |
| 1237. ---EBAY INC COMMON STOCK | | None | | | Sold | 01/28/16 | J | A | |
| 1238. ---EOG RESOURCES INC COMMON STOCK | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 1239. ---FIDELITY SPARTAN PA MUNI INCOME FUND | B | Dividend | | | Sold | 12/01/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1240. ---FIRST TRUST DJ INTERNET COMMON STOCK | | None | J | T | Buy | 06/07/16 | J | | |
| 1241. ---GENERAL MILLS INC COMMON STOCK | A | Dividend | | | Sold | 05/13/16 | J | B | |
| 1242. ---ALPHABET INC (FKA GOOGLE INC) COMMON STOCK | | None | K | T | | | | | |
| 1243. ---HOME DEPOT INC COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 04/04/16 | J | | |
| 1244. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 1245. ---ISHARES TIPS BOND ETF | A | Dividend | J | T | | | | | |
| 1246. ---ISHARES S&P MID-CAP ETF | A | Dividend | K | T | Buy (add'l) | 04/04/16 | J | | |
| 1247. ---ISHARES S&P NATL AMT-FREE MUNI BND FUND (FKA S&P) | A | Dividend | K | T | | | | | |
| 1248. ---JP MORGAN CHASE & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 1249. ---LAUDER ESTEE COS INC COMMON STOCK | A | Dividend | | | Buy (add'l) | 04/19/16 | J | | |
| 1250. | | | | | Sold | 10/03/16 | J | B | |
| 1251. ---MICROSOFT CORP COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 01/28/16 | J | | |
| 1252. | | | | | Buy (add'l) | 02/18/16 | J | | |
| 1253. ---ORACLE CORP COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 04/04/16 | J | | |
| 1254. ---PAYPAL HOLDINGS COMMON STOCK | | None | | | Sold | 01/28/16 | J | B | |
| 1255. ---PEPSICO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 1256. ---PFIZER INC COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 78 of 85

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1257. ---PIONEER NATURAL RESOURCES CO COMMON STOCK | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 1258. ---ROCKWELL AUTOMATION INC COMMON STOCK | | None | | | Sold | 01/19/16 | J | B | |
| 1259. ---ROSS STORES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 1260. ---JM SMUCKER CO COMMON STOCK | A | Dividend | | | Sold | 04/04/16 | J | B | |
| 1261. ---3M COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 1262. ---TWENTY-FIRST CENTURY COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 08/04/16 | J | | |
| 1263. ---US BANCORP DEL COMMON STOCK | A | Dividend | | | Sold | 08/08/16 | J | B | |
| 1264. ---UNITEDHEALTH GROUP INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 1265. ---WELLS FARGO & CO COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 04/04/16 | J | | |
| 1266. ---WILLIAMS COMPANIES INC COMMON STOCK | | None | | | Sold | 01/19/16 | J | | |
| 1267. ---WEC ENERGY GROUP INC COMMON | A | Dividend | J | T | | | | | |
| 1268. TRUST #4 (SEE NOTES 2, 5 & 7 IN SECT VIII) (LINES 1268-1269) | | | | | | | | | |
| 1269. --VANGUARD PRIME MONEY MARKET FUND ACCOUNT #1 (Y) | | | | | | | | | |
| 1270. ---PARK AVENUE EQUITY LP (SEE NOTES 6 9 IN SECT VIII) | C | Distribution | K | V | | | | | |
| 1271. TRUST #5 (SEE NOTES 2, 5 & 7 IN SECT VIII) (LINES 1271-1285) | | | | | | | | | |
| 1272. ---VANGUARD PRIME MONEY MARKET FUND ACCOUNT #2 | A | Dividend | K | T | | | | | |
| 1273. ---STAR FUND | E | Dividend | N | T | Sold (part) | 04/04/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1274. | | | | | Sold (part) | 07/27/16 | L | D | |
| 1275. ---VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | K | T | Open | 09/08/16 | J | | |
| 1276. ---PARK AVENUE EQUITY LP (SEE NOTES 6 & 9 IN SECT VIII) | C | Distribution | K | V | | | | | |
| 1277. ---SONIC CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 1278. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | L | T | Buy | 04/04/16 | L | | |
| 1279. | | | | | Buy (add'l) | 04/06/16 | K | | |
| 1280. | | | | | Buy (add'l) | 07/27/16 | K | | |
| 1281. | | | | | Sold (part) | 12/08/16 | K | A | |
| 1282. ---VANGUARD TOTAL BOND MARKET ETF | B | Dividend | L | T | Buy | 04/04/16 | K | | |
| 1283. | | | | | Buy (add'l) | 04/06/16 | J | | |
| 1284. | | | | | Buy (add'l) | 07/28/16 | K | | |
| 1285. | | | | | Sold (part) | 12/08/16 | J | | |
| 1286. --- VANGUARD TOTAL STOCK MARKET ETF | A | Dividend | L | T | Buy | 12/08/16 | L | | |
| 1287. TRUST #6 (SEE NOTES 2, 5 & 7 IN SECT VIII)(LINES 1287-1308) | | | | | | | | | |
| 1288. ---VANGUARD PRIME MONEY MARKET FUND ACCOUNT #3 | A | Dividend | K | T | | | | | |
| 1289. ---STAR FUND | E | Dividend | N | T | Sold (part) | 04/04/16 | L | | |
| 1290. | | | | | Sold (part) | 07/27/16 | L | D | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

**FINANCIAL DISCLOSURE REPORT**

Page 80 of 85

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1291. ---VANGUARD FEDERAL MONEY MARKET FUND ACCOUNT #3 | A | Dividend | K | T | Open | 08/19/16 | J | | |
| 1292. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | M | T | Buy | 04/04/16 | L | | |
| 1293. | | | | | Buy (add'l) | 04/06/16 | K | | |
| 1294. | | | | | Buy (add'l) | 07/27/16 | K | | |
| 1295. | | | | | Sold (part) | 12/08/16 | K | A | |
| 1296. ----VANGUARD TOTAL BOND MARKET ETF | B | Dividend | L | T | Buy | 04/04/16 | K | | |
| 1297. | | | | | Buy (add'l) | 04/06/16 | K | | |
| 1298. | | | | | Buy (add'l) | 07/28/16 | K | | |
| 1299. | | | | | Sold (part) | 12/08/16 | K | | |
| 1300. ---VANGUARD TOTAL STOCK MARKET ETF | A | Dividend | L | T | Buy | 12/08/16 | L | | |
| 1301. ---PARK AVENUE EQUITY LP (SEE NOTES 6 & 9 IN SECT VIII) | C | Distribution | K | V | | | | | |
| 1302. ---SONIC CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 1303. ---VANGUARD PRIME MONEY MARKET FUND ACCOUNT #3A | A | Dividend | J | T | Open | 01/20/16 | N | | |
| 1304. ---ULTRA SHORT TERM BOND INV | | None | L | T | Buy | 12/23/16 | L | | |
| 1305. ---VANGUARD FEDERAL MONEY MARKET FUND ACCOUNT #3A | A | Dividend | J | T | Open | 09/08/16 | J | | |
| 1306. ---ISHARES NEW YORK MUNI BOND ETF | B | Dividend | | | Buy | 04/04/16 | L | | |
| 1307. | | | | | Sold | 12/12/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1308. ---PRIME CAP ODYSSEY GROWTH | A | Dividend | M | T | Buy | 04/04/16 | L | | |
| 1309. ---VANGUARD DIVIDEND APPRECIATION ETF | B | Dividend | M | T | Buy | 04/04/16 | L | | |
| 1310. TRUST #7 (SEE NOTE 4 IN SECT VIII) | | | | | | | | | |
| 1311. ---CITIBANK CHECKING ACCOUNT | | None | J | T | | | | | |
| 1312. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ALL FOOTNOTES RELATE TO SECTION VII

NOTE 1:

If a 2016 K-1 is issued for this entity, it is a non-traded entity, and there is an investment remaining at year-end, all activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B.(1) was left blank and "None" was included in Column B.(2).

If the interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution."

Both of the above approaches were obtained from Mr. George Reynolds, former Financial Disclosure Report Examiner.

If a 2016 K-1 is issued for this investment, and it is traded , all K-1 information is summed and if it meets the required income threshold, reported in Column B. (1) with Column B.(2) noting "Distribution." If the K-1 netted to a loss, then "NONE" is included in Column B.(2). If there was a book capital gain on the sale of the traded security, it is included in Column D.(4). If the traded partnership made distributions throughout the year, the sum total of all the distributions was added to the K-1 total to arrive at the amount reported in Column B.(1).

NOTE 2:

Reporting person's spouse is either the Trustee or the Investment Trustee of this Trust and the Trust was formed by the reporting person and/or her spouse. Therefore, its assets are deemed reportable.

NOTE 3:

For the contracts that were opened (sold short), any related gains that occur will be included on the FDR when the options either expire or require action. When closing a contract requires the purchase of shares, the transaction may produce a gain if the amount received when the option was sold is more than the amount required to purchase the shares at the closing of the contract. There is no year end value reported because the contracts had no value at the end of 2016. Please note that if a contract is opened and closed in the same year, the two transactions are included on successive lines and refer to the same contract.

NOTE 4:

The trust holds two term life insurance policies and a non-interest bearing checking account. The term life policies are not reportable because they are not investment assets and they have no value. Sue Issa, Financial Disclosure Report Examiner, confirmed that the term life insurance policies are not reportable. The trust and the checking account are included on this report as Trust #7.

NOTE 5:

There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are based upon the current knowledge of the worth of such companies, discussions with the companies' management and available company issued reports.

NOTE 6:

Either the Ending Capital Account value from the entity's 2016 K-1, or an estimate of the same, was used to determine the year-end value code for Column C.(1).

NOTE 7:

For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income and the related income are included. If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Columns B.(1) and "Distribution" is noted in Column B.(2).

NOTE 8:

Neither the income nor the cash balance at year end met the threshold for reporting. However, since the cash account is associated with a reportable investment that is listed separately on this report, the account is deemed reportable.

NOTE 9:

There is a limited partnership interest in this entity. The Financial Disclosure Report instructions no longer offer specific guidance on this type of investment. Per Sue Issa, Financial Disclosure Examiner, this partnership should be presented the same way as it has been in the past. Since neither the filer nor her spouse can direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity, the assets held by the partnership are not reportable (in accordance with previous Financial Disclosure Instructions).

If the partnership had a capital call for an investment in a specific company, either "Buy" or "Buy (add'l)" is noted. The name of the underlying company is not listed. Further, if the partnership distributed funds for any reason (sale of underlying asset, return of capital, current income, etc), "Distributed (part)" is listed in Column D.(1).

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B. (1) was left blank and "None" was included in Column B.(2).

NOTE 10:

There are several Sentinel Partnerships, a Centerview Capital Partnership and a HighCape Partnership. The Financial Disclosure Report instructions no longer offer specific guidance on this type of investment. Per Sue Issa, Financial Dislcosure Examiner, these Partnerships should be presented the same way as they have been

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 9/26/2017 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

in the past. For previous reports, portfolio companies were listed separately because the filer's spouse could potentially direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity (in accordance with previous Financial Disclosure Instructions).

For Sentinel, there are both limited partner and general partner interests. For this report, the K-1 information for both interests is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report.

Each year, there is a K-1 from each of the partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then "None" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Generally, there are no year-end market values listed for the Partnerships because the portfolio companies are listed separately. If a market value code is shown, it is most likely due to an unclassified investment piece.

NOTE 11:
This investment was sold in a prior year. So, although the reporting family received distributions (e.g. escrow, dividends, etc) and/or a K-1, there is no year-end value to report. If the entity was issued a K-1, any income was summed and included in Column B.(1) with Column B.(2) noting "Distribution.".

NOTE 12:
The total stock position that was held at the end of the prior year was sold during the current reporting year. So, "Sold" is noted in Column D.(1). Then, further along in the current reporting year, a new position in this stock was purchased, so "Buy" was noted in Column D.(1). This stock was not owned during the interim period.

NOTE 13:
The filer's spouse is the sole shareholder of this S Corporation. The company's assets are limited to office furniture, office equipment, a checking account and a money market account. The value used to determine the year-end valuation code was the checking/money market account balances, A/R and the office furniture and equipment balance (less accumulated depreciation).

NOTE 14:
This investment was made in a prior year. It was included in the market value of a Limited Partnership not as a portfolio company but as a direct investment. To better reflect the nature of this direct investment, it is now shown separately as an investment not as part of the LP's portfolio.

NOTE 15:
This investment is made through either a Sentinel, Centerview or HighCape Partnership. Per Sue Issa, Financial Disclosure Examiner, the aforementioned Partnerships' holdings should be listed individually on this report as they have been in the past. Therefore, this portfolio company is deemed reportable. See Note 10 for further information.

All transactions (investments, sales and related gain/(loss), distributions, etc.) are reported for the company. Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If income was received separate from the K-1, it is recorded on the portfolio company's line in Column B. If the reporting person carries no year end value for a portfolio company, there is no year end value included in Column C of this report. But, the company is still noted on this report because it is a portfolio company of a reportable limited partnership. See Note 10 for more information.

For purposes of this report, deemed contributions/distributions that occurred in 2016, are dated as of the end of the quarter in which they were deemed to have occurred.

NOTE 16: Gains/Losses on Foundation activity are included on a tax basis.

NOTE 17: There is no value for this investment on the reporting person's books and the K-1 confirms that there is no value. As such, there is no year-end value included in Column C. There was, however, a small amount of K-1 income that is over the reporting threshold. Therefore, the income is included in Column B.

NOTE 18: The reporting person's spouse received a 2016 estimated K-1 from this entity. The estimated K-1 is for a carried interest allocation due to a relationship with the original Vestar funds not because the reporting family made an investment in the entity. Since the entity issues an estimated K-1, all the income lines were summed and if that total was over the reporting threshold, it is included on this report. Since there is no investment in this partnership, there is no year-end value to report.

NOTE 19: The reporting person's spouse has a beneficial interest in this trust. Therefore, its assets are deemed reportable.

NOTE 20: Not used.

NOTE 21: There is no year-end value to report because this asset was completely sold on various dates in 2016. The final piece was sold in a transaction that did not meet the $1,000 reporing requirement.

---

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 84 of 85 | Wood, Kimba M. | 9/26/2017 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 22: This company's 2016 K-1 was not received by the time this report was filed. Therefore, the company's income was estimated. Once the actual K-1 is received, if the income code based on the actual K-1 differs from the code noted in this report, an amended report will be filed to reflect the change.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 85 of 85 | Wood, Kimba M. | 9/26/2017 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimba M. Wood**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544